# EXHIBIT "8"



--------------------x

IN THE MATTER OF THE CLAIM OF

ACCELERATED DME RECOVERY, INC.

--------------------x

3000 Marcus Avenue
Lake Success, New York

September 5, 2014
10:20 a.m.

EXAMINATION UNDER OATH OF ACCELERATED DME RECOVERY, INC., the Claimant in this matter, by ARTUR PINKHASOV, held at the above time and place, taken before HOLLY BAINE, a Shorthand Reporter and Notary Public of the State of New York.

APPEARANCES:

RUSSELL, FRIEDMAN & ASSOCIATES, LLP
Attorneys for Claimant
3000 Marcus Avenue
Suite 2E1
Lake Success, New York 11042
BY: RUSSELL FRIEDMAN, ESQ.

RIVKIN, RADLER, LLP
Attorneys for GEICO Insurance Company
926 RXR Plaza
Uniondale, New York 11556
BY: GLENN H. EGOR, ESQ.
File No: 5100-1016

* * *

(Whereupon, document was marked as Defendant's Exhibit A for identification, as of this date.)

(Whereupon, invoice was marked as Defendant's Exhibit B for identification, as of this date.)

(Whereupon, invoice was marked as Defendant's Exhibit C for identification, as of this date.)

(Whereupon, document was marked as Defendant's Exhibit D for identification, as of this date.)

(Whereupon, document was marked as Defendant's Exhibit E for identification, as of this date.)

(Whereupon, bill was marked as Defendant's Exhibit F for identification, as of this date.)

(Whereupon, bill was marked as Defendant's Exhibit G for identification, as of this date.)

(Whereupon, Prescription and Letter of Medical Necessity was marked as Defendant's Exhibit H for identification, as of this date.)

(Whereupon, bill was marked as Defendant's Exhibit I for identification, as of this date.)

(Whereupon, questionnaire was marked as Defendant's Exhibit J for identification, as of this date.)

(Whereupon, delivery receipt was marked as Defendant's Exhibit K for identification, as of this date.)

ARTUR PINKHASOV, the witness herein, having first been duly sworn by Holly Baine, a Notary Public in and for the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. EGOR:

Q Would you please state your full name for the record.
A My name is Artur Pinkhasov.
Q Where do you reside?
A 83-30 118th Street, Kew Gardens, New York 11415.
Q Good morning, Mr. Pinkhasov.



A. Pinkhasov

A Yes, sir.

Q My name is Glenn Egor. I represent GEICO.

I will ask you questions today under oath about bills that you have submitted to GEICO which are the subject of today's examination. I marked them as Defendant's Exhibit A for today that were all noticed for today's examination.

Please make all your responses verbal. Don't use nods or gestures.

Wait for me to finish my question so that when you answer we are not talking over each other for the court reporter's sake.

Also, don't guess. You can say "I don't know" if you don't know.

Also, you are under oath.

Is that understood?

A Yes.

Q One last thing, if you don't understand my question, please say so, otherwise I will assume you do.

Thank you.

What is your connection with Accelerated DME Recovery, Inc.?

A. Pinkhasov

A That's the company -- I'm a president of the company.

Q Did you form that company?

A If I opened up on my own, is that the question?

Q Yes.

A Okay. I start this company, but I open up to a lawyer. His name is License Pro. He is the one who helped me up, start this up.

Q When was the company formed?

A It was -- I don't remember the exact, but I think it was two years ago.

Q In 2012?

A I think so, but I don't remember exactly. I don't remember the dates.

MR. FRIEDMAN: We will be more than happy on the post EUO document request, if you list them out on a separate sheet for me, what all the documents are that you would like, we will provide formation documents and certificate of incorporation and all that kind of stuff, as well as anything else you may ask for that we don't find objectionable.

A. Pinkhasov

So, if you'll do that, I always find it easier on these EUOs and, unfortunately, I do a lot of them, if we make a list, a formal letter request of the documents requested then we will be more than happy to exchange them.

MR. EGOR: We will do that. We will reduce everything in writing that we will be requesting after today.

MR. FRIEDMAN: Great.

Q Did you purchase the company?

A No.

Q What kind of company is it?

A It's a durable medical company.

Q That's DME?

A DME company, durable medical company.

We do mostly rentals. We specialize --

Q Go ahead.

A We specialize in CTUs, CPMs and lightly we starting with braces. Not heavy. Lightly. Just starting.

Q When would you say you started with braces?

A. Pinkhasov

A We start, I would say more than a year ago.

Q That would be neck and back braces?

A Neck and back and knee braces, splints, collars, but again, not heavy.

Q Do you know if you submitted any bills of the braces to GEICO?

A I think we did, but again, very lightly. We are not heavy.

Q Incidentally, did you bring anything with you today pursuant to our request?

A No.

Q Where is Accelerated located or its locations?

A It's located 88-11 101st Avenue, Ozone Park, New York, 11416 zip code, Queens, New York.

Q Are you the sole proprietor?

A Meaning if I'm the only one, yes.

Q That address, is that the office address?

A That's the operation office address, yes.

Q Do you have a manufacturing facility?

A In the back -- no, it's in that



A. Pinkhasov

office. We have a back room where we have like what's called a warehouse over there, so we kept our stuff in it.

Q What about fabrication of products, is that done at your office?

A We don't fabricate. We buy them from the carriers.

Q I understand.

Do you have inventory of DME equipment?

A Can you repeat that?

Q In other words, you mentioned you specialized in CTUs and CPMs and braces.

A Yes.

Q How many CTU units do you own?

A CTU units, that's something that always break down on us, so I cannot really tell you exact number on CTUs because they break down on us.

MR. FRIEDMAN: Approximately. I don't think you need an exact number.

MR. EGOR: No.

MR. FRIEDMAN: Approximately.

A Minimum of 200.

A. Pinkhasov

Q That would be from your inception date until now?

A Oh, no, it's way more than that. From the day we opened until today it's way more than that. I would say three, 400.

Again, they breaking down on us all the time.

Q When you say 200, 200 that are currently operating in use?

A Yes.

Q That was CTUs.

What about CPM units?

A CPM, on average, again, my system is not perfect, I would say between shoulders and knees and ankles, 80, 90. Between 80 to 90.

Again, I will give exact numbers when I bring everything.

Q That's a current estimation of what you have?

A Approximately.

Q What about from your inception since the company was started?

A They don't break down on us as often because we fix them in case, so I would say that's

A. Pinkhasov

approximately number.

Again, all the numbers I will provide you again after you guys request that.

Q Do you know some of the approximate ages of the equipment?

A They break pretty much new from 2000 -- maybe 2012 and 2010, I would say some of them.

Some of them they might, older than this because I purchased them on Ebay and I wouldn't know the age. I wouldn't know how old they are. I know they are all functionable.

Q Do you have records of your Ebay purchases?

A Sure, I do.

Q So, when you formed and started the company you purchased some old, used equipment?

A That's a very small number, yes.

Q What percentage when you started?

A Ten percent. Five or ten percent Ebay. Everything else was from previous vendors.

Q What do you mean previous?

A Not previous. From the companies like DGO.

A. Pinkhasov

Q With respect to the units that you purchased new, where did you purchase them from?

A DGO, MedSource, I think that's -- and another company. I will tell you right now. And another company I will tell you in a minute.

MR. FRIEDMAN: Leave a blank and when he recalls it during the EUO we will fill it in.

(INSERT) ____________________

Q Do you know the approximate purchase price of the new CPM units?

A Sure. I think shoulder, around 4,000. The exact number with the change, I wouldn't say, but approximately around there. It's 4,000 and change.

And knee, I would say, I think that was 1,300. Between 13 and 1,400.

Ankles, it's close to 4,000 and change, also.

That's pretty much it.

Q These products were purchased from these --

A DGO --

Q They are the manufacturing company or

A. Pinkhasov

retailer?

A I think they are retailer, but they are one of the biggest ones.

MR. FRIEDMAN: Retailers or wholesalers?

THE WITNESS: Wholesalers.

Q How did you get in contact with these companies, did you find them on-line, is there a salesperson?

A Yes, we do find them on-line. We did our research and we just purchase it. We create account with them.

That's about it, and we got a salesperson who usually help us out. We have a person who deal with on a daily basis at DGO.

Q Do you deal with them more than you do with MedSource?

A MedSource, I think DGO, they -- we majority, our shoulder machine, majority DGO, and MedSource, I believe, is more.

Q What?

A MedSource.

Q Do you know the name of the salesperson?

A. Pinkhasov

A David Ravner (phonetic). I don't know how to spell his name.

Again, I can provide more correct information, correct spelling.

MR. FRIEDMAN: After we get the transcript, if he sees there are spelling errors, that he knows, we will correct them on an errata sheet.

Q What make and model equipment do you have in stock?

A I wouldn't answer that.

Wait. I will tell you right now. That's the knee. Optiflex.

MR. EGOR: It's spelled O-P-T-I-F-L-E-X.

Q What kind of unit is that?

A It's a knee CPM unit.

I wouldn't -- I don't have the shoulder. I will give it -- provide you with that.

MR. EGOR: We will leave a space.

(INSERT) ______________________________

Q You mentioned before that the CTUs break down.

A. Pinkhasov

Is there a lifespan for these CTUs?

A No.

Q What is it that is breaking down, can you describe what you mean by that?

A The unit just stop working. They just not do what they supposed to do.

It's supposed to be -- supposed to put on patient and doesn't do what it's supposed to do.

Q When it breaks down, what do you do with it, do you repair it, take it out of service?

A We just throw them in a garbage and throw them away.

Q Throw them out?

A Maybe used. We use the one that's functional.

Q Is there a timeframe that typically they break down within?

A No.

Q Do you know what the machines that you use, CTUs and CPMs, have a certain shelf life or lifespan?

A No. I wouldn't say -- no.

Q Do you have a procedure where you will

A. Pinkhasov

put or take all the machines out of service and put newer machines in service within a particular timeframe?

A I'm not in the business for such a long time since we have Accelerated business so it didn't happen to us yet, but with cold therapy units it happen all the time.

Q For the record, CTU is known as cold therapy and CPM stands for what?

A Continued motion pressure machine.

Q Do you have any license to operate this sort of business?

A We have a Consumer Affair license.

Q Were you in this business prior to starting Accelerated?

A What do you mean?

Q What did you do before you started Accelerated?

A You mean in general?

Q Right.

Where did you work?

A In general, I did a lot -- first I was a barber. Then I was cutting hair. Then -- I'm a licensed barber, let's put it this way.



A. Pinkhasov

Then I was helping some of my doctors marketing and helping them up to build the practice, but it started to separate and then I just started to do this business, to do something on my own.

Q This is a foray into the DME business?

A Yes, and I own another DME company, also, so I was doing that before.

Q What's the name of that company?

A AAAMG Leasing Corp.

Q Is that still in existence?

A Yes.

Q Are you still running that company, as well?

A Yes.

Q Are you the president?

A I am, yes.

Q Where is AAAMG located?

A It's 72 -- I forgot the address. We just move. It's on Metropolitan Avenue. We just moved recently.

Q It's in Queens?

A In Queens, Middle Village, New York. 72-0 something.

A. Pinkhasov

MR. FRIEDMAN: Leave a blank, we will fill it in.

(INSERT) ______________________________

Q For what reason did you form Accelerated at that time?

A Okay. I have partners in my company at AAAMG. They didn't work -- some of my partners decided to -- to walk away, so he stop operating with us.

And another partner who I have, he is helping me, but majority of work, I did it myself.

That was one of the reason why I decided to do on my own because they were sitting at the office doing pretty much nothing and I'm the only one who did everything else, so I decided to go on my own without anybody.

Q But you are still partner with AAAMG?

A I'm still partner over there because some of my partners, they don't want to leave and they are legal partner and I can't just throw them out.

Q What are their names?

A Alexander Barbajanov. I don't know how to spell that.

A. Pinkhasov

MR. FRIEDMAN: Leave a blank and we will fill it in.

(INSERT) ______________________________

Q Was there another partner?

A He used to be Mark Karantanov. He is the one who is no longer with us.

So, he just went on his own. I don't know what he does right now.

Q Do you have any other interaction with that company?

MR. FRIEDMAN: You mean with regard to Accelerated?

Q Let me rephrase that.

Does Accelerated do business with Triple AMG?

A Financial business.

Q Do they share any profits or inventory?

A Inventory, yes.

Q Where does AAAMG keep their stock?

A In the same warehouse, but they marked different colors.

Q In Ozone Park?

A In Ozone Park.

A. Pinkhasov

Q Their equipment is color coded?

A Yes, color coded, and every single machine have that little tag in back of the machine if you want to look at it, so that's how we realize, that's how we recognize whose machine that is.

Q What is that?

A It's in the back of the machine.

Q This is the tag?

A This is the tag in the back of the machine.

MR. FRIEDMAN: Let the record reflect that my client handed over to counsel some black and white photographs representing some things he has or is testifying about. This way if we mark them as exhibits we will be able to refer back to them and understand what he was talking about when he spoke on the record.

(Whereupon, black and white photographs were marked as Defendant's Exhibits L, M and N for identification, as of this date.)

Q We have these marked. Let me show you



A. Pinkhasov

Defendant's Exhibit L.

Is that the label or --

A It's a little label in the back of the machine. It says everything over here.

Do you want me to read it?

Q For the record, it says Accelerated DME Recovery and a phone number.

That's Accelerated's phone number?

A Accelerated's phone number, and something in writing over here meaning if the patient ever decided he want to use the machine, that's the number they should use.

Q (718) 577-2884?

A Yes.

Q Is that number only Accelerated's number or is that also AAAMG?

A No. Maybe -- let me explain again.

It is separate companies, but some of the inventories happen to be we using because my system, we try to separate, but my system is not great, and to -- we doing better every day, but at this moment right now we actually completely separated.

Q When you said before they were color

A. Pinkhasov

coded you meant there is a label that this belongs to -- this is Accelerated's DME and another label might say this is AAAMG?

A And Triple AMG and little rooms and separated, one is another company, another one is another company.

Q Does Accelerated sell these machines or rent these machines or both?

A Rent those machines.

Q Does Accelerated ever rent out machines that are owned by Triple AMG?

A I would say yes, and the only reason why I will say yes, I will repeat myself, my system is not great.

After we separated it was so difficult for me to really separate those units between this one and this one and it got mixed up.

If I will tell you right now it didn't happen I will lie, so I will say yes, it's happened, but down the road we get a lot better, it might happen sometimes, but not --

Q When you say it's happened but not on purpose, is it by accident or is it intentional?

A It's not intentional. Not on purpose.

A. Pinkhasov

It's happened because of, let's say my text, got the machine and didn't read it right and we did not find out how we can separate because of numbers in the back. It was difficult for us, and until today we don't know how to create the perfect system, but again, we get better, a lot better.

Q Can you estimate how much inventory Triple AMG keeps at the warehouse?

MR. FRIEDMAN: You mean percentage of different items or --

MR. EGOR: Okay.

MR. FRIEDMAN: Because he has different types of items.

Q How many CTUs does Triple AMG have at the warehouse?

A Have it right now or all together?

Q Currently.

A Currently --

MR. FRIEDMAN: Just for the record, that are both in the warehouse and given to patients or just in the warehouse as inventory?

Let's break it down.

A. Pinkhasov

MR. EGOR: Let's break it down. In the warehouse. Sitting in the warehouse.

MR. FRIEDMAN: Not being used?

MR. EGOR: Yes.

A Not being used at this moment, maybe extra 40, 30, 40 not being used.

Q How many are being used at Triple AMG?

A Fifty, 60.

Q What about CPMs, same two questions, in the warehouse?

A In the warehouse, I would say 100 and change.

Q What about that are being used, rented out by Triple AMG?

A Thirty -- 40, 50.

I mean, if I can check, if you want correct numbers I think --

Q What is your system of keeping track of the inventory?

A Serial numbers. Pretty much serial numbers, yes.

Q You keep a log of the serial number?

A Sure.

Q Then, do you handwrite what is being

A. Pinkhasov

rented out, make a note?

A Let's say you will check the bills what we send you guys, I mean we usually put the serial number on it, and when we picked it up, we just confirm it, we just check those numbers, and I mean -- in the machine, in the back of the number, also serial number. That's how we try to follow this.

Q You are able to identify by serial number what machines are being rented at any particular time?

A Yes.

Q Is that on a computer program?

A It's -- no. It's in our physical files. Physical files.

Q Paper files?

A Paper files, because when we are going to a patient house, we fill it in.

When we pick it up, our machines, we know what we picked up, it's in paper files.

Q How many employees does Accelerated have?

A You need the names or just approximately?

A. Pinkhasov

Q Numbers.

A Numbers, I will tell you right now, one, two, three, four, five, six, seven -- I would say approximately nine people. Approximately.

Q Do they work only for Accelerated or they also work for Triple AMG?

A It's a separate company. Separated.

Q Triple AMG has their offices at 72 Metropolitan Avenue?

A Metropolitan Avenue. I will give correct address.

Q That's where all their employees are staffed?

A For Triple AMG, yes.

Q What are the positions or the job descriptions of, you say, nine employees?

MR. FRIEDMAN: You want names first?

Q If you can give me names, I will take names and then their job description.

A Let's say we start with the first person. The person who does the scheduling, her name is Dorrie. What she does is scheduling.

When we have scripts, she has to call the patients, schedule the patients, she follow up

A. Pinkhasov

day after day, a week later, she just follow up with the patients. That's what we have in our system. That's her.

Stephanie, she is in charge of billing over use, and Jemalice. Last names, I will -- I'm not too sure.

Then we have technicians. They pretty much going to a patient's house, explain what to do, spend a few hours with these patients and pretty much on call on the time.

The girls in charge of billing.

Q Stephanie and Jemalice do the billing?

A Stephanie and Jemalice, they just checking if all the bills sent out correct, not being late, and stuff like this.

But the whole process is the rest of the girls, putting the stuff, putting the papers together, send them out and stuff like this.

Q You identified three girls and then you say you have techs.

That means you have five techs?

A I have three techs.

Q Are there some individuals you are not recalling right now?

A. Pinkhasov

A No.

Q That's six employees.

A I said the rest of the girls does the billing.

Q The rest of the girls?

There are some other girls?

A Some other girls just do the bills.

Q Do you have their names?

We will leave spaces.

A We can do that?

Q Yes.

(INSERT) ______________________________

Q Are they all paid a salary?

A Yes, all W-2s.

Q Full-time or part-time or some combination?

A Some of them part-time, some of them full-time.

Q Who is part-time?

A Jemalice, she is -- you know what, I wouldn't say she is part-time because she started late, but she finished late. I think she still does her 40 hours a week.

A few girls over there are part-time,

but again, I will provide you with this information complete.

Q What about the techs?

A The techs, they have very flexible hours. Depends on the schedule.

They are full-timers, but they schedule really flexible, meaning sometimes when the patients -- sometimes they start delivering units to a patient around 12 o'clock and they finish around nine o'clock. So, that's not set hours with these people.

Q What are the techs paid, what is their salary?

A Per delivery.

Q How much?

A Everybody have different prices. I would say between 35 to 45 dollar per delivery and pickup, between 15 to 20 dollars to 35 dollars, depends where we are going.

Actually, you know what, to delivery and pickup I would say more because sometimes we have a long distance like Pennsylvania and upstate New York because we have patients we can't say no, so it's a lot more.

Q Do they use their own vehicles?

A Yes.

Q Do you reimburse them for mileage?

A I reimburse them for gas and tolls.

Q Do you bill any of the insurance companies or GEICO for the delivery expenses?

A No.

MR. FRIEDMAN: Off the record.

(Whereupon, a discussion was held off the record.)

Q Are any of the technicians bilingual, in other words, do they speak English and another language?

A Spanish, English, that's a requirement.

Again, some of them might not, but we prefer to hire the people, Spanish and English.

Q Do you do any marketing of your business?

A Yes.

Q What kind of marketing, do you do advertising, websites?

A Advertising. No, marketing is not -- I do advertising on my own, and plus there is a

company who help me at this moment.

I have more. I try a lot of different people. Didn't really work. Some of them I let go. Some of them they stop working with me.

And -- what was your question?

Q What's the name of the marketing company?

A Elite Services.

MR. FRIEDMAN: Elite Physician Services.

A Elite Physician Services.

Q Where are they located?

A I think they are based in Jersey.

Q You are still using them?

A Yes.

Are you talking about right now or talking about in the past?

Q Right now.

A Right now only them.

Q Do you have any contract with them?

A Yes, I do.

Q Can you describe the contract?

A Yes. Sure.

These people, they are not -- they

supposed to help me out with events, introduction with doctors.

Majority what I keep in this specific company for the events because that's what they good for, to put all the doctors in one room and the little networking events, all this really helps.

That's the main thing why I really got them. Everything else -- events.

Q How do you get business?

A That's interesting. I work a lot. I meet these doctors all the time.

Myself -- majority myself I always ask any doctor whoever worked with any orthopedic surgeons for introduction.

I take those meetings 24 hours a day. Dinners, lunches. You name it. I'm always there.

All the events, I try to not even miss one event.

Q Do you take these doctors out to dinners and lunches?

A Most of the time I try to have it in their offices because orthopedic surgeons, they are extremely busy people and it's so difficult to

take them out.

Q You bring them a lunch or dinner?

A Yes, we do. Yes. I would say yes, we do, but again, it's only in the offices.

Majority in the office, and a lot of times I meet these people at events.

Q What kind of events?

A Networking events. Lawyers throw some events. A lot of lawyers throw the events. A lot of doctors throw events. A lot of surgical centers throw events. I try to be there all the time.

Q Do you provide any sort of compensation to these doctors in the form of gifts --

A No, no.

Q -- or anything else?

A No.

Q Just lunches and dinners?

A Simple stuff. They don't need my gifts. Orthopedic surgeons, they don't need my gifts.

Q Can you tell us the names of some of the doctors that you work with?

A Sure. All of them or -- I might skip some of them.

Q How many do you typically do business with?

A Let me give you some names. If I remember more down the line.

Emanuel Hostin.

MR. FRIEDMAN: Not Houston.

A H --

MR. FRIEDMAN: I think it's H-O-S-T-O-N.

MR. EGOR: Like Houston Street.

I have H-O-S-T-I-N.

A Ken McCulloch.

MR. EGOR: M-C-C-U-L-L-O-C-H.

A Who else we have?

Katzman, Barry Katzman. Dr. Dassa (phonetic).

Who else do we have? Let me think.

Jason Bain (phonetic).

That's pretty much it. Yes, that's pretty much it.

Again, if I miss some we will mention it --

Q What about any particular clinics, or you say surgery centers, are there any surgery centers or clinics that you do business with?

A No, no financial interest.

Q It's through the doctor, then, you have the source of referrals?

A Yes.

Q Do you provide the doctors with any samples?

A Of?

Q Your equipment.

A In the meeting, yes, they always want to see what we are using, yes.

MR. FRIEDMAN: To clarification, do you provide them rather than show them?

I think you mean you leave them --

Q Right.

Give them a sample and say "that's for you to keep"?

A No. When I'm going -- when I'm taking the meeting --

THE WITNESS: Thank you, Russell.

A When I'm going -- when I'm taking the meeting, a lot of times I'm asking my techs or

somebody with me who knows how to use the machine just to try them what we use because orthopedic surgeons, they are a little bit -- they are in a different world, so we just show them what it is, how it is, but we don't leave them anything. They don't need to.

Q Go back a quick second to Defendant's Exhibit M.

Can you just tell us what that is?

A That's the CPM unit for a knee. That's a knee CPM unit.

Q What is this one?

A Same thing.

Q So, you would bring that sort of unit to a doctor's office or to one of these events?

A Not event. To the doctor's office.

When I'm going to those meetings, for example, what I do is I leave the unit in the car, we having a conversation, we try to tell them how good we are, what we do, how we are on time with everything, and we ask them, like, "Listen, we have a brand new unit, that's what we are going to use for your patient," and that's the truth.

We have a -- we have a new unit, so we

A. Pinkhasov

just -- if they want to see it we show them.

Q What percentage would you say are currently new versus used?

A Majority. Majority.

Q More than 50, 60?

A More than 70, 80 percent. Majority new.

Q That's CTUs?

A CTUs, they are all new.

CPMs, I would say the expensive one, the shoulders one, they all new, maybe one, maybe.

Knee, that's like 60 percent new, I would say.

Again, I might be mistaken, but that's what I think.

Q You mentioned you do advertising yourself?

A No, I don't do advertising in any newspapers or anything like this.

No, I don't have anything like this, but we do marketing and I use one of the company. I think it's helping me a lot. It's called New Millennium, so they just have my stickers. I don't have it. I forgot my photographs.

A. Pinkhasov

In the cars they have like a news service. Have a limo service and two or three cars with the driver and I personally see them all the time somewhere in the city.

Q How do these marketing agreements work in terms of compensation?

How are the companies paid?

A On a monthly basis.

Q You pay them a monthly fee?

A A monthly fee.

Q How much?

A I used to pay them $3,000 a month. Now I pay them, I think we went up $1,000. It's $4,000.

Q That's for both companies networking?

A For one company.

Q Elite Physicians?

A No. Talking about the company I just mentioned a few minutes ago.

Q New Millennium.

You are paying them $4,000 a month?

A Yes.

Q Put signs --

A On the cars, like he got a limo and

A. Pinkhasov

car service so he put the big stickers on the cars.

Q What about Elite Physicians, how much do you pay them?

A Four and-a-half thousand dollars per month.

Per month, yes, straight fee.

Q That's primarily to introduce you at different marketing events?

A And I have to cover all the expense, but so far there was no expense.

Q Are the events held locally, do you have to travel?

A I do have to travel a lot. Those events can be in Jersey, a lot of times Manhattan, and everywhere, Long Island. It's happened all the time. It's always different areas.

Q So, what's the process of getting a referral for a DME rental?

A What do you mean by process?

Q In other words, you mentioned those doctors before.

Those are the doctors that are the source of your referral?

A. Pinkhasov

A Yes.

Q How does that happen, do you get a phone call?

A It's happened differently. Not only doctors, but, I mean, we have like DGO or Med Focus was the company who a lot of times also calls for the patients.

Q Who's Med Focus?

A It's a third-party guys. They are huge in the market.

So, they actually -- they in the Workers' Comp world, and if they have patients they just send out.

I mean, they just call and stuff like this, but --

Q So, they don't --

A They are more like Workers' Comp world. Go back to your --

Q How much of your business is related to No-Fault business versus Workers' Comp business?

A Always changes, but I would say minimum 30 percent of Workers' Comp I have.

Q And the rest is No-Fault?



41

A. Pinkhasov

A Rest is No-Fault, yes.

Q So, a doctor would contact Med Focus and then Med Focus would contact you?

A Not doctor direct.

If doctor think he needs -- somebody needs our service, this, he ask these girls, the girls contact us, because doctors wants to be -- doctors usually on top of it, how we do it because they worry about the patients.

CPM and cold therapy, because they want us to deliver it on time, especially CPMs, CTUs, because cold therapy after surgery, the cold thing you put on your shoulder, you put on your knee, not to have the swelling, swollen and stuff like this, so they call us up and fax the scripts.

Q Prescription?

A The scripts, and we just deliver it within 24 to 48 hours.

Q Do you ever deliver before you get the prescriptions?

A No.

Q The prescriptions are coming from the doctor's office?

A Or the patient or from those companies

42

A. Pinkhasov

like Med Focus. Sometimes DGO call us and say they got a patient, because they sold us some machines and we have them, and anybody need it, they call us up. If we have a patient they just come like that.

Q What percentage of prescriptions come from patients?

A I'm not sure. I wouldn't say right now because I'm not on the phone all the time and I'm not next door phoning and I wouldn't be able to say.

Q Can you estimate percentages of prescriptions from doctors?

A The doctors majority.

Q What about the percentages from Med Focus and DGO?

A Not a lot, but we do have calls all the time, but not a lot.

Q So, you get a phone call from one of these parties and then you will get a fax of the prescription --

A Yes.

Q -- telling you where to go or where the patient is located?

43

A. Pinkhasov

A They give us the information of the patient. We have to contact the patient.

They give us addresses and the scripts for how many weeks or how many days they have to use.

Q Who creates the forms for the prescriptions, is that created by the doctor, by the company, someone else?

A Okay. Some of them we created ourselves.

We show the doctor, because a lot of those doctors, they -- I would say they are extremely busy and they don't want to deal with a lot of stuff, so we kind of create the form, going to those doctors, show them. If they okay with some of them, we leave it with them.

Again, not all of them. Some of them it's just a regular scripts. We pretty much follow the doctors, whatever they feel is easier for them.

Q Let me see if I can find a --

MR. FRIEDMAN: Sample.

A If you don't have we will get you some samples.

44

A. Pinkhasov

Q Do you also create any other forms or templates for, example, delivery?

A It's not us, we just fix them. I mean, it's not us doing it.

We got them from -- I got them from previous company, from the people I got the business from, but we make some changes, we add some stuff and we took some stuff out of it, yes.

Q This is Defendant's Exhibit K.

Take a look at that.

MR. FRIEDMAN: Sure.

Q Tell us if you can identify that form.

A Yes.

Q Did your company make that form or is it something that you were trying to explain, someone else created?

A Someone else was creating that. Previous company, people who I know, friends in this business, but again, we make a lot of changes and we build it up the way you see it right now.

This is our form, yes.

Q What's the procedure filling out this form, in other words, when is this information entered into the form?



A. Pinkhasov

A The most important thing, like I mentioned before, is what the doctor want. Let's say it's everything, all the things we do over here, we just -- make it easier for doctor. He just circle it, the body part, elbow, shoulder, knee, finger and anything else.

All the information, all the doctors and all the forms we have we have HIPAA release forms, in every single file we have it, so every time we go the patient have to fill out, give the HIPAA release form.

Q Let me show you Defendant's Exhibit H. At the top it says Prescription and Letter of Medical Necessity.

Can you identify that?

A Yes.

Q Is that one of your forms?

A You mean I billed it myself?

Q Yes, the template, not what's written in there.

A The template is ours, yes.

Q How did you come up with the dates, because there are dates written in here that are typed in, CPM duration, four to six weeks, CTU

A. Pinkhasov

duration, two weeks?

A Not us, the doctor.

Q The doctor types that out?

A No.

Q That's not preprinted on the form?

A Oh, that's -- okay.

You are talking about this (indicating)?

Q Yes.

MR. FRIEDMAN: Stop.

Let the record reflect, because the reporter can't show you're pointing, let the record reflect my client was pointing to a page on the exhibit where it refers at the top of the page to Prescription and Letter of Medical Necessity, and there is some preprinted language on there, and then there is a typed line that says CPM duration, four to six weeks, and that's what he was pointing to, and that way he can reference that during his answer.

A And CTU, two weeks.

Okay. Let's say when we meet the doctor and we speak to him, like they have the

A. Pinkhasov

stamps over here (indicating).

MR. FRIEDMAN: Let the record reflect my client is pointing to the bottom portion of the document that contains the referring doctor's name and address.

A We ask the doctor what's the easy way to do it, and usually approximately was the usage, because all the doctors using and need a different timeframe.

Let's say some doctors use it three weeks, some of them six weeks, some of them use it for only five weeks.

They want us to make these things, yes, we write it down based on what they say for usage.

If, let's say, a lot of times happen they want to use it for more, they just cross it out because that patient have more complication, let's say, on the shoulder, whatever it is. I'm not a doctor.

They just cross it out and put amount, but it not happen often because that's what they are comfortable with.

Q What you are saying is --

A. Pinkhasov

MR. FRIEDMAN: Could I take one second?

MR. EGOR: Yes.

(Recess taken.)

Q I think I was still completing a question, which it was my understanding is, and correct me if I'm wrong, is the form that we are referring to was typed out based on the advice of the doctor or your communication with the doctor --

A Yes, that's right.

Q -- with respect to the date ranges?

A Let's say I meet with the doctor and ask him what's the easiest ways for him to do it. We usually prefer scripts because it's easier, but sometimes they say, "No, no, I have no time. Just give me a form."

We ask the gentleman, "What you want us to put on the form?" Meaning, if you using knee or using shoulders or using ankles or -- no, only using for knee or for shoulders, put everything here, and what's the time, usually four to six or three weeks or five weeks.

Based on what they say we put, but in



A. Pinkhasov

case they need something extra or less they just cross it out and in handwriting they put numbers over here (indicating).

Q So, for instance, on that particular document you say there is a duration of four to six weeks with a CPM?

A For CPM and CTU, two weeks.

Q How do you decides if it's four weeks, five weeks or six weeks, who makes that decision?

A Never decided. That's the rules in my company. A doctor send us between four to six weeks.

What does that mean, between four to six?

If the patient got better, four is enough. That's what it's supposed to be.

The way we do it is this. We deliver it to a patient, our unit. Then we call them back asking how he is feeling, how he doing, if he likes our service or not. That's the method.

We must call them, my girls, right after somebody leaving they call every single patient just to find out if we provide the right service, if they understood everything, how the

A. Pinkhasov

machine work, how that work, this work.

I would say two weeks later we supposed to call. I don't remember, two weeks, a week or three weeks, but during that range between, I would say, ten days and three weeks, we call the patient and ask him how he is doing, if he is still using the machine, if he is progressing okay, if the machine is really working. That's the regulation we have.

Let's say patient say, "You know what guys, I don't use it, I don't need it." We schedule within 24 hours, we schedule a pickup time.

What it says on this paper, right here, and you want to announce that again (indicating).

MR. FRIEDMAN: Referring to Exhibit L.

A (Continuing) What it says right here -- thank you, sir.

What it says right here. If you have any question, machine is broken, and you are not using this anymore, they will have to call this number for pickup.

Q For the record, the language written

A. Pinkhasov

in this stamp which is on the machine?

A Every single machine.

Q It says, "If you have any questions, if the machine is broken and you need a repair, or if you want to return the machine, please contact us," and it has their phone number.

We earlier mentioned the Accelerated DME name.

A That's right.

Now, besides that, when we bring them our form they have a HIPAA release form mandatory and they have to sign this paper, they understood.

If they don't use it anymore, or something like this, they have to call us back and let us know about that.

Besides that, we give them a call that, I mentioned before, during this period one or twice.

Q So, there are instances where a patient would return the machine early --

A Yes.

Q -- before the four to six weeks are up, or before the six weeks are up?

A Yes.

A. Pinkhasov

Q Do you reflect that in your billing --

A No.

Q -- to GEICO?

A No.

Q In other words, do you bill GEICO for six weeks if the patient returns it after four weeks?

A No, no.

If the patient use it for two days I'm only bill GEICO for two days.

A lot of time I'm not even bill for two days, but let's say if the patient use it for ten days I only bill GEICO for ten days. That's the bottom line.

Q When a piece of equipment is delivered, what's the procedure with respect to assembling it or demonstrating it to the patient, does that go on?

A Every single technician have to get to a patient, assemble it, which is the easiest thing to do. It doesn't take that long.

Have to spend enough time for the patient to understand how to use the device.

And I will repeat myself, after that,

A. Pinkhasov

when he leaves, I know they spend an average an hour in every single house.

I might be wrong because I'm not physically next to them, but that's approximately what they use.

When they leave the house within 24 hours, that's the service we provide. We call the patient back to find out if he understand clearly how to use it.

If not, the same person or another person, in case he is on vacation or something or he left, have to go back and re-explain it to that gentleman again.

Doesn't happen that often.

Q Do you have a questionnaire that's completed?

A Right next to you.

Q Defendant's Exhibit J, I show it to you, can you describe what that is?

A If -- that's pretty much it. If they understand how to use the machine. If my technician show them if it's the right way to do it.

That's pretty much it.

A. Pinkhasov

Q Is this form completed in the presence of the patient?

A Yes.

Q The patient signs it?

A Sign it.

Q This is a questionnaire?

A Yes.

Q Who came up with the questions in the questionnaire?

A Again, that's how some of those things -- some of those stuff, maybe more, maybe less, and we added more, it was with the previous company and we build it up something -- I mean, we just made some changes.

Q When you say previous company, you mean Triple AMG?

A Before that when I was -- I mentioned before I do this business from other providers, show me this business, but these people no longer in business anymore. I use this from them.

Q What is the name of those other providers?

A I forgot it. A long time ago, but not in business anymore.

A. Pinkhasov

Q You did not work for them?

A I supposed to start working for them, but then I just decided to go on my own.

Q How did you come up with the business plan of renting CPMs and CTUs?

A From the same people. I saw what they do. I like that idea. I went on my own.

Q Do you know the names of these folks?

A Of course I do. His name is Ginady (phonetic), but again, he is not in this business anymore for a long time.

Q What's his last name?

A I wish to know.

Caesar Knife (phonetic), but again, I might be wrong. It was a long time ago. I'm not in contact with these people.

Q Do you know if the prescriptions are received by you before or after the surgeries are performed on the patients?

A Some of them. Some of the scripts comes before -- let me think.

I don't know. It's happened sometimes they might send it before, but majority after.

Q What are the circumstances of when you

A. Pinkhasov

might receive a prescription before the surgery takes place?

A You know what, I think it's after.

You know what, it's after. After surgery.

Q It is after?

A Majority is after.

Maybe happen one or two percent out of 100, but majority is after.

A lot -- because I will tell you why. A lot of those doctors don't know what is really inside a patient, and a lot of those -- in those cases, for example, with shoulder, when they have a repair, they have to repair the shoulder, we cannot really deliver it within one month or whatever the doctor decide.

Q So, the few times that you receive the prescription before surgery, what was explained to you about why you were getting a prescription in advance of surgery?

A When we talk about advance we are talking about the same date when they are going for the surgery. It's not like five p.m. It's nine in the morning.

Even when we get the scripts we always follow the girls. For instance -- by the way, I remember another gentleman who is working with us. His name is Dr. Wright. Dr. Wright.

For instance, Dr. Wright, a few times send out the patient, but the rules is we have to contact the girls and the girls ask a doctor if we can deliver it or not.

Q When you say "girls," do you mean girls who work in the doctor's office?

A The girls who works in the doctor's office who is working with him all the time. Before we can deliver we have to have a green light from the doctor, meaning from that office.

The way it works, they send it out, and then they let us know if we can deliver or not. A lot of times he just ignore the script.

Q What do you mean "ignore the script"?

A If he doesn't find needed for CPMs to be delivered. A lot of doctors sometimes, they are not prescribed for every single one. Whatever they feel they need it.

Q If you have a prescription before the surgery --

A We are talking about before the surgery?

Q You get a phone call that says ignore it after?

A We call the office and ask if we can deliver this and this and this. When the doctor open up he knows if this person needs it or he don't. That's my understanding.

Again, I'm not a doctor. I don't know how the whole process work.

Q Do you do that before you deliver all your equipment?

A With some specific doctors I have to check with the office, yes.

Q But some of them you don't?

A Some of them I don't, but they don't send me advance, they send me after.

Q The ones you get in advance --

A I have to check with them. I mean, that's the regulation. That's what the doctor tell us, because let's say my girl who is taking care of that, she is not working up to five or six or seven.

The units have to be delivered,

especially cold therapy, in the same time because the cold therapy is the most important thing. I already explained myself about cold therapy.

If the girl not there, and we call the doctor up and he say, "You know what, Joe Schmoe, we don't want you to deliver it. Just ignore it," because it was not a complicated surgery, because it was a complicated surgery, because of any difficulty. We don't know.

Sometimes when these people, when they say "don't deliver it," a month later they call us up and say, "We want you to deliver it," because it was a rotator cuff repair, or something like that.

Q Can you give us your brief description of what these units do?

You started mentioning what the cold therapy unit does.

A CPMs.

Q And CPMs. Just describe your understanding.

A My understanding is they put all the muscles together. Let's say when you put a knee.

Q For both?

A For both. Similar thing.

First, to help the person to start moving his leg, not to have the swelling, and stuff like this.

The second thing is just to put -- again, I'm not a doctor, just assume to put all the muscles together, because don't forget, it's a cut over there, so when you put, let's say, on the knee, it stays in one direction, you don't really move your leg, you just follow whatever, the machine, machine is helping you.

A lot of times we cannot really use it. We always start slow. Patient have to start slow and he always have to adjust, increase it if he can. Depends in his situation.

Again, I'll go back, I'm not a doctor. I cannot really speak for them.

Q I understand.

Adjusting the machines, do these machines have to be adjusted for each patient and fitted?

A No, but again, when we go there we try to explain this -- no, we don't have to adjust it. I don't think so.



A. Pinkhasov

We can show them what to do. We can adjust them to the shoulder level because people, some of them tall, some of them -- but it's not like really adjusting.

Q The techs don't fit the equipment to the patient?

A He fit based on the height, especially on the shoulder, but knee, no.

Q They may fit the shoulder CPM?

A But not a knee.

Q But not a knee?

A Uh-huh. It's pretty much because of the height.

Q Knees are preset, every patient is the same?

A Majority, yes, because, I mean, you can lay down, but the shoulders, when you sit in the chair, let's say I'm a short guy and you are a little taller than me and you have to be adjusted for the level over there.

But again, it's not like adjusted, adjusted. It's more like --

Q When your techs pick up the equipment do they fill out the delivery receipt we marked as

A. Pinkhasov

Defendant's K?

A Yes, sure.

Q Do they fill it out in the patient's presence?

A Right in front.

Q Patient signs it?

A Yes.

Q And dated the same date they pick it up?

A Yes.

Q Is that the end date from when you bill GEICO, the date that's shown --

A It's a delivery receipt.

Q This is a delivery receipt. Strike that.

Do you have a receipt showing when it's picked up?

A Yes, we do. I will present that to you.

Q Same question, is that pickup receipt signed by the patient?

A Yes.

Q And dated the same date they pick it up?

A. Pinkhasov

A Sure.

Q Does it look like this form that says "pick up" pretty much?

A Yes.

Q So, you are billing, the rental timeframe would begin and end where, would it correspond to the dates on these receipts?

A On the pickup receipt, I will present to you. It will say the date when we picked up, and the delivery you have a date --

Q We start with a date on the delivery receipt?

A Ended on the pickup. Let's say it happen we pick it up later, but it doesn't mean we bill the insurance company.

Q You charge a certain amount per day for each piece of equipment?

A Yes.

Q How do you derive the charges?

MR. FRIEDMAN: Any particular equipment you want to refer to?

Q We'll break it down. Let's go with the CPM for shoulder.

A CPM for the shoulder. Okay. It's not

A. Pinkhasov

in your fee schedule, this item.

It was difficult for us to find where this thing -- how to bill it, so we buy every year book.

Again, I will provide you with this book. It says all the CPT codes.

Q Is it called Ingenix?

A It's called Optimum.

Q Optimum?

A Optimum.

So, this book, every year we buy it and we base our coding on that book.

Q Based on what the fees are in this book called Optimum?

A Yes.

Q What is your understanding of what this Optimum book is?

A I mean, they do their own research. It's a published company who does the research for some items, not scheduled items like our item, for example.

So, that's pretty much it.

Q Does it show you the usual and customary prices for this sort of equipment in

A. Pinkhasov

this region where it is being rented?

A Yes.

Q Is it broken down by state?

A Broken down by state.

It's higher states, like more expensive state like New York, Chicago, anything like this, big state.

It doesn't say state, but it's categories of states.

Q Do you know what the book says for the shoulder CPM?

A Yes. The shoulder, it's called E0936, and it says in this region that's how much we can bill.

Q How much?

A 88 dollar a day.

Q Do you ever bill 85 dollars a day?

A 85 dollars a day, no, I don't think so.

Q Let me refresh your recollection. Defendant's Exhibit G, it's a bill. I will let you see if you can identify it.

Ignore the Post-It, that's mine.

A Maybe I am mistaken. It's 85 dollar a

A. Pinkhasov

day.

Q I show you another exhibit then, Defendant's Exhibit F.

Again, take a look, see if you can identify it.

Ignore the Post-It, that's mine. Look through it.

A Can I see the dates?

MR. FRIEDMAN: Are these different timeframes?

MR. EGOR: Perhaps. Maybe that will explain it.

A Perhaps maybe I can see the dates. I will check right now, because every year it changes.

So, if we check the dates right now it will be -- I think it's going to be the explanation why it's different.

So, you want me to check the dates right now?

Q Go ahead.

MR. FRIEDMAN: Please.

A This one is for 2013. It seems familiar to me, 2013, and this one, it's more --

A. Pinkhasov

2014, I believe so.

Again, let me see what is the date. I think 2014 it went up a little bit. Again, I can be mistaken.

Again -- that's the knee. E0935 is the shoulder.

Did you put those things together?

You know what, I think we mix it over here a lot of stuff. That's the shoulder. Timeframe. It depends on the year. 2013.

Q 2013 rental would have been 85, 2014, and the price in the book is 88?

A Our explanation, it depends on whatever the book says.

Q How about the CPM for the knee, what do you charge for that?

A I think 70 dollars a day, and 2014 they went up. Used to be more.

Then they dropped the price down in 2012. Then they went up and then they went up.

Q Let me show you two more exhibits, B and C, same questions.

Can you identify it?

I tabbed the parts of the bills that

A. Pinkhasov

show the pricing, and if you can reconcile those amounts.

A 2013, I believe we used to bill 60 dollars, and that's what I think is correct one.

MR. FRIEDMAN: Refer to what exhibit that's in.

A That's Exhibit --

Q It was Exhibit B.

A Exhibit B and Exhibit C, 2014, yes.

Q How much is that?

A I think 70 dollars, but I want to recheck right now. For some reason we don't have that page over here.

Seventy dollars. Because, again, it's the time, 2013, 2014.

Q That was the knee.

How about the pricing for --

A Ankle?

Q Yes, and ankle.

A Ankle, what it says in that book -- again, I will provide that book to you guys for you to see it.

MR. FRIEDMAN: Or a copy of it anyway.

A Or a copy.



A. Pinkhasov

It's called E0936. It's the shoulder and everything else.

Knee have their own coding, E0935. It's for knee. That's what it says in that book.

Q What about the ankle?

A Ankle is E0936, shoulder and everything else including ankle.

The only different coding they have is for knee, which is E0935. That's what it is.

Q So, if it's anything other than the knee --

A It's 0936.

Q The prices you get --

A From that book.

Q Which is either 85 or 88?

A Depending on the year and depending what they have for us.

Again, we don't come up with prices. We follow.

Q What about the CTU unit?

A Okay. I know with CTUs, I know people, even my people who I took the business from, they charging different prices.

We find the code on CTU. I'm not sure

A. Pinkhasov

what the number of the code, exactly what the code is.

We charging 179. It's based on that book.

I'm -- I don't want you to -- I don't want to say something wrong. I think it may be fee schedule. That's what it is.

You know what, I don't want to answer it at this point.

MR. FRIEDMAN: You don't want to be incorrect.

A (Continuing) I don't want to be incorrect right now, so I will tell you where I get those prices from.

Q You are saying the CTU prices are from a different source?

A I think, because I think that's the schedule item. I believe, I may be mistaken again, but I want to go back. I think it's Medicaid fee schedule.

I might be wrong, so I rather get back to you on this one.

So, can you leave it blank and tell you exactly?

A. Pinkhasov

Q I have a sample here, Defendant's Exhibit I. Take a look where I tabbed.

A Tab I is $174.45.

Q You believe that's the Medicaid fee schedule amount?

A Again, I want to clarify that with you, but I think it's a schedule item.

That's why we follow -- it's not in the book because it's a scheduled item, but again, I have to get back to you.

Q You mentioned earlier that these bills are created by some of the women in your office?

A Yes.

Q When they create this bill it's also known as NF3 for the CTU, is there a date range of rental here?

Can you explain how many days that's been rented?

In other words, that number, this may relate to what you are explaining earlier, is that a lump sum?

A It's a two-week rental.

Q That's a two-week rental, so it would be divided by days to get the amount of per day --

A. Pinkhasov

A I believe so.

Q -- what the rental is?

A Again, I want to get back to you. It's something I want to be sure about because we --

Q You can see on Exhibit B your bills all list out each particular day that the unit is rented and the daily charge.

The CTU bill seems to have one amount and not indicating the days.

A Got it.

Q Dates and services.

A I understand the question, and I just need some time to really get back to you on this one specific code.

Q Looking at the bills in this column here, what does that mean, place of service 12?

This is Exhibit B.

A I wouldn't be able to answer that.

Q Who fills this out, the girls?

A The patient.

Q Who enters that information?

A The patient.

Q The patient --



A. Pinkhasov

A When we go inside we go inside with this and we just -- when the patient is there we just fill it out in front of them.

Q Who creates the bill?

A The girls in my office.

Q The girls in the office, okay.

They are the ones that are entering this information, such as the number 12 under place of service?

A Yes.

Q What about the code, do they enter the code?

A They enter the codes.

Q The numbers they are entering, as well?

A Yes.

Q They are getting that information from what you described earlier?

A Yes.

Q Do you know what the billing code modifier RR means?

A Billing code modifier RR, no, I wouldn't be able to answer that.

I can double-check and I can -- I'm

A. Pinkhasov

quite sure I will have an answer.

Q If that's on one of your bills who would have come up with that information, the girls?

A The girls and my previous partner.

Q Now, this bill was for $174.45 for the CTU date of service, 2014 -- let me show you this bill. It seems to be the same unit, same year of service, but a different amount.

A Depends on the month. Because this book doesn't come out -- I will just check the number. Probably the month of service --

Q Please explain that.

A -- I think, and let me check that.

Q This is the 174.

A 174. I knew the answer right away.

That depends on the month, because this book doesn't come up for first day or second day of the month, so it needs some time when we get it, and when we purchase it, when they come up with numbers, then we purchase it, so like we get it, then we adjust our prices.

Q Are you talking about the Medicaid fee schedule?

A. Pinkhasov

A The book -- again, the reason I don't want to answer about the cold therapy unit, because I want to go back to my office and get exact information where I get the numbers.

So, if we base on the book, the reason why in the same year could be different, it depends when Medicaid or Medicare fee schedule or when that book came out, and we just follow those numbers. We just follow them, not us.

Q Are you able to identify any of the serial numbers on your billing documents?

A No, not right now.

I mean, I don't remember the serial numbers.

Q I think earlier you talked about the log that you have that has serial numbers.

Is that a way to specify the particular unit that's being rented to a particular patient?

A We try to bill the system, like scan it, and it's going to go straight to my computer, but it's not there yet.

Q Do your rental prices ever exceed the purchase price of the unit?

A. Pinkhasov

A What do you mean by that?

Q In other words, at 88 dollars a day for six weeks, for 42 days, that's 3,000, according to my math, 696 dollars.

Is that number in excess of some of the prices that you paid for a shoulder CPM?

A Can I ask him for me to understand?

MR. FRIEDMAN: In other words, are you asking an accumulative fashion or any one patient rental?

MR. EGOR: In one patient.

MR. FRIEDMAN: Because in theory, let's say you make a machine that costs $4,000 and you rent it out and the rental is $3,000 and you rent it out four times, clearly that exceeds the cost of the machine.

MR. EGOR: I don't mean in the total amount of rental for that equipment.

MR. FRIEDMAN: Any one rental cycle to one patient.

You can answer that.

A Can you explain for me to understand exactly?

A. Pinkhasov

MR. FRIEDMAN: in layman's terms, is there a profit to you above the cost in a rental, because that would be a profit?

THE WITNESS: There is a profit, yes.

MR. FRIEDMAN: I would hope.

Q So, in other words, for one particular rental to one particular patient, the patient may be paying more for the rental than you paid for the purchase of the DME unit?

A I don't remember if it happen.

Could be.

Q Was it close?

A It is close, yes.

Q Are you aware of any fee schedule regulation that prohibits DME companies from renting equipment for more than the purchase price of the equipment to any one patient?

A I seen it, yeah.

Q Can you explain then how that may happen with your equipment?

A It's not in the Medicaid fee schedule and we are supposed to follow Medicaid fee schedule.

I remember seeing that Medicaid fee.

A. Pinkhasov

Probably the Medicare fee schedule. I could be wrong.

Again, I just did my homework and I came up with that number based on my homework. I did check with some of my lawyers before I came up with those numbers.

I did ask questions, and the best solution it was this, follow with what somebody did before, follow with somebody doing right now, on top of what the book says to us and what my lawyers confirm with me.

I can be wrong, but it's my thing. That's what I came up with.

Q Are you aware of a fee schedule regulation that says that the maximum reimbursement for rentals should only be one-sixth of the acquisition cost?

A No --

Q No?

A I don't know about it. It could be there, but me personally, I don't know.

MR. FRIEDMAN: Are you quoting from a specific statute or --

MR. EGOR: New York Workers'

A. Pinkhasov

Compensation fee schedule and the Medicaid fee schedule.

A Medicaid?

Q Yes.

MR. FRIEDMAN: So, what does it say?

MR. EGOR: That the maximum reimbursement is one-sixth of the acquisition cost, and the accumulated rental cost cannot exceed the purchase price.

MR. FRIEDMAN: One second. I'm not really sure of the paragraph you are referring to, but that wouldn't really make any sense because what that would mean, taken in a vacuum, would mean that the DME supplier would never generate any income in excess of cost of the equipment, so I'm not really sure where you're pulling that from, but as read on the record, what that is saying is that a rental could never exceed the purchase price, which means that there wouldn't be any profit or any monies in excess of the purchase price for a retailer or a DME company, and that can't possibly

A. Pinkhasov

make sense.

That can't possibly be what the law is. I can't imagine that.

MR. EGOR: Well, similar to renting a car. If a car is 50 dollars a day, the renter of the car, if the car cost $10,000, they are saying you shouldn't be paying for that rental more than $10,000. It should be only be one-sixth of the purchase price of the car.

MR. FRIEDMAN: That doesn't make sense. If I bought a car for $10,000 and rented it for $10,000, I didn't make any money at all. Why would I be in the business?

MR. EGOR: But then every rental car company is losing money.

MR. FRIEDMAN: That's not true.

MR. EGOR: Because the money comes when you continue to rent it on a larger scale. You may not on that particular rental recoup the full price of the car. It's a two-day rental, or whatever it is.

MR. FRIEDMAN: That's what I am

A. Pinkhasov

asking. When we were talking about renting it out, are you talking about for a patient?

You said you are talking about for the lifetime of the machine.

MR. EGOR: Then I misspoke.

MR. FRIEDMAN: What you're saying is if any one particular patient -- I actually think that the regulations deal with a per diem based upon the overall cost of the machine regardless of the length of the rental.

It's per diem, and it deals with over how long of a rental period the per diem is figured, so we may be disagreeing on the calculations, and if, in fact, for the record, if my client is mis-supplying the manner in which to calculate the DME, that's a decent defense from the carrier, but he is telling you how he is calculating it. He believes that's the correct way to do it.

If he is wrong, he is wrong, but if he is right, then I guess that's the way it

A. Pinkhasov

goes.

MR. EGOR: Here is another way to look at it.

If you're paying $4,000 for a piece of equipment and you rent it out, a CPM at 42 days at 88 dollars per day, it's $3,700 roughly, after two rentals you've recouped the expense of the piece of equipment and you've made --

MR. FRIEDMAN: A profit.

MR. EGOR: -- a profit of almost the same price, a little less than what you paid for it in two rentals.

MR. FRIEDMAN: And that's a problem because of what?

Because he has no labor costs. He has no insurance costs. He has no replacement costs. He has no marketing cost. He has no telephone costs.

So, what I'm trying -- in a vacuum --

MR. EGOR: After your first rental, every rental almost, a little less after the first rental is pure profit.

MR. FRIEDMAN: Well, that depends upon

A. Pinkhasov

whether or not he has to replace equipment. That depends upon whether or not he has to repair equipment.

If you said to me that this equipment lasts ad infinitum, then yes.

MR. EGOR: You said earlier there is no lifespan that you're aware.

MR. FRIEDMAN: No, no. You asked him whether there is lifespan. He is not aware of a lifespan. That doesn't mean that it can last ad infinitum.

You asked him if he's aware of the lifespan. Clearly, it's a piece of equipment. Everything has a lifespan.

Just so you know, I just bought a new car. I don't know what the lifespan of my car is. I'm sure that there is a lifespan of it, but I don't know what it is, so when you ask him if he knows what the lifespan is, if he says he doesn't know of the lifespan, that doesn't mean one doesn't exist.

MR. EGOR: I absolutely believe there is a lifespan.

A. Pinkhasov

MR. FRIEDMAN: Of course there is.

MR. EGOR: Regardless of the --

THE WITNESS: Everything break, the little head.

MR. FRIEDMAN: Everything mechanical breaks. That's why there are people who repair things, that's why there are costs to people who repair things.

I understand what you're asking, but maybe it was a misunderstanding of the testimony.

Q Have you ever heard of the Medcom Group?

A No.

Q Are you aware that there is some company, the Medcom Group, that charges anywhere from 26 to 30 dollars per day for CPM --

A No.

Q -- for a knee?

A No.

Q And 40 dollars for a shoulder unit?

A No.

Q Are you aware of machines such as a CPM knee unit is available for purchase from



A. Pinkhasov

retailers for between 2,100 and $2,400?

A Yes.

Q But yet you're saying you've purchased -- how much did you say you purchased the knee unit for?

A I can tell you, $1,300.

Q What about the shoulder unit?

A You mean the price, how much I purchase it?

Q Yes.

A 4,000. It depend. But I got a good deal on it. We shop around.

Q There were two companies that you've purchased them from?

A I think three companies, but I don't remember if that is coming from cold therapy units. I think so.

Q How many other companies did you seek out prices from?

A It's different. I think I got better deals, so that's -- I want to believe I got good deals.

And I think the prices are a lot more higher than that. Some of the CPMs go up to

A. Pinkhasov

seven, 8,000 for shoulder, easy.

Q Is there any other literature you consulted in relation to coming up with the charges?

A No.

Q Without saying the substance of the communication, you mentioned you discussed prices with law firms or lawyers.

Could you tell me those law firms' and lawyers' names?

A Sure. Israel & Israel, like the country, and Bill Purdy.

MR. FRIEDMAN: P-U-R-D-Y.

Q Do you use a particular law firm with respect to collection services?

A Not in this company, no.

I'm sorry, can you --

Q Do you use Israel & Israel to collect overdue bills?

A Yes.

Q Do you use any other attorneys for your collections?

A Yes.

Q Who?

A. Pinkhasov

A Maria Weissman and Russell Friedman.

Q Do you charge for attachments or pads with respect to the DME equipment?

A I don't think so. I'm not sure, but I don't think so, but I have to recheck that.

I will get back to you on this one. I don't want to misinform you.

Q Did you ever have a conversation with a doctor or anyone in the medical field about why most of these rentals for CPM units are for six weeks according to your billing?

A First, it's not all of them six weeks, it's not. Some of the doctors, they prefer three weeks. Some of the doctors prefer four weeks. Some of the doctors prefer eight weeks. Some of the doctors prefer six weeks.

Q What percentage would be six weeks with respect to the rentals of units?

A Sixty.

Q Sixty?

A Sixty percent.

Q Did you ever discuss that fact with any medical professional about the reason why they were all 60 percent of them are six weeks?

A. Pinkhasov

A No, no.

Q What about CTU units, did you ever have a conversation with a healthcare professional about why CTU units are two weeks?

A No.

Q What's the percentage of the CTU units that are rented for two weeks?

A Majority.

Q Did you have any conversation with any doctors about why it's two weeks?

A No, because I don't want to question the doctor.

How can I question the doctor?

I don't think -- maybe some of them may decide to give me answer, some of them.

No, it's like me come to go a mechanic and ask why did you put these tires and not these tires. Wouldn't make sense for me to ask them this.

If they decided, they professional, that's for how long it should be used, that's how long it should be used. That's the reason I haven't asked.

Q Have you, yourself, ever read any



A. Pinkhasov

literature on the suggested usage of these machines?

A There is different stuff, yes, I did have that, and yes, some of them says different stuff.

Q What did they say?

A Some literature saying it's very helpful and it's good to go up to six weeks, and the person who wrote this, he is a podiatry guy, and I think the name is Bernstein.

I might be wrong, but I think that's -- it was a long time ago, but I think that's what it says right there.

Q A podiatrist?

A A podiatrist also prescribes CPM units because they do it for the ankles. Foot and ankles. Similar. Joint.

Q Do you have a percentage of Medicaid clientele?

A That was the reason why I actually -- that was another reason why I open up Accelerated and DGO and why I get that License Pro person, a lawyer who was helping me out to bill this, open this, because I'm in process to doing Medicaid,

A. Pinkhasov

Medicare and every other insurance. I'm like half away.

Q You haven't yet done any business with Medicaid clients?

A Not yet, but I'm in the process to do.

Q That is your intention?

A Yes.

Q What does that process involve?

A It's like -- it's very complicated process. It's a lot environment. It's a lot of stuff.

Have to be special place with special square footage, with everything else. It's a big lease what we have to get done to get this credential by Medicaid.

Q You have to move offices?

A Actually, I have to move offices because of the space.

Q Do you have a new office planned, a move to a new office?

A I already -- when I open up -- the first time when I opened up Accelerated DME, I opened up originally in the place when, in Ozone Park.

A. Pinkhasov

The reason why -- on Metropolitan. The reason I move is because of the square footage, and I have to find a new location, and I have to move my company because of the square footage, and because the billing have to be signed over on Building Department.

Q Is there something that happened with Triple AMG where they are not eligible to bill Medicaid clients?

A No, no, no. It's because of my partners and me, I start doing this because of my partner.

I want to finish with Accelerated first, see how the process will go, a lot of expense. It's not a cheap process.

Right after that I probably going to start, get credential in Accelerated. I start doing Triple AMG.

The reason I don't want to do everything the same time, because right now they helping me doing it and paying them money for that.

When I pass this process, and going to be -- I more familiar with this process, I can do

A. Pinkhasov

everything on my own without getting third parties to help me.

Q Who are you saying right now?

A I paid before to this guy, his name is Artur Pro -- License Pro. I'm sorry.

Q That's the same one that helped form Accelerated?

A Accelerated, yes.

The reason why he was the one helping me was because he was involved with Medicaid, Medicare. That was the purpose for Medicaid, Medicare and -- every other insurance.

Q Do you know if Triple AMG bills any Medicaid, Medicare patients?

A No.

Q They don't?

A No.

Q What is their percentage of No-Fault claims?

MR. FRIEDMAN: I will object to that. Today is not the EUO of Triple AMG.

Q Do you know what the gross revenue of Accelerated for 2013?

A It wasn't a lot, but I have to get

A. Pinkhasov

back to you.

MR. FRIEDMAN: Gross billing or gross receipts?

MR. EGOR: Billing.

A Billing, approximately?

Q Yes.

A I will give you approximately.

Q If you can give me each year, or if you can't, any particular years you have been in operation.

A The first years we got loss.

I mean, the second we got a little profit. We range from 800 to a million dollars, I believe, but again, I want to get back to you.

Q In 2012 you think it was operated at a loss?

A A loss.

Q 2013 you had gross --

A No, no. In 2012 we -- I don't remember how much we gross. Not income. Talking about the gross right now. That's how much we gross.

There was no income in 2012. I don't think so, but again, I have to recheck that.

A. Pinkhasov

And in 2013 we got extension. We didn't finish our tax. We have to finish it this month.

Q The gross billing in 2013 was somewhere in the range from 800 to a million dollars, but you don't know what the income of the company yet for 2013?

A For 2013 --

Q 2014.

A 2014 we didn't claim the taxes yet.

Q Have you estimated?

A I will tell you what the estimation is. Gross, I would say a million dollars a year.

Q So far to date, first three-quarters of the year?

A 600,000.

Oh, no. I will tell you exact numbers. How many months -- nine, eight months.

MR. FRIEDMAN: Eight.

A I would say $600,000. Five to 600,000.

Q That's the gross billing?

A That's the gross billing.

Q Do you pay your taxes quarterly?

A. Pinkhasov

A I just start.

Q Just started on a quarterly?

MR. FRIEDMAN: Which taxes are you talking about?

MR. EGOR: The business, the big corporation.

MR. FRIEDMAN: C Corp., S Corp.

C Corp. you might pay tax. S Corp. you wouldn't pay quarterly taxes. Separate payroll withholding.

Q Let me ask that.

What kind of corporation?

A S Corp.

MR. FRIEDMAN: For purposes of the EUO, an S Corp. wouldn't pay quarterly taxes. Until it files its final return, wouldn't pay any taxes.

It might pay --

Q You're the sole shareholder in this corporation, Accelerated?

A Yes, Accelerated, no one else.

Q What are the names of your accountants?

A Peter -- his name is Peter. I don't

A. Pinkhasov

know corporation name.

Q Is he part of a company?

A He is part of a company.

Q What company?

A CPA company. I don't know the name.

Q CPA?

A The company, they have CPA, lawyers.

Q Where is he located?

A He is in Long Island.

Q Have you ever billed GEICO for the rental of the same DME unit to two different patients simultaneously?

A Can you --

Q In other words, have you ever sent a bill to GEICO, or bills, two different patients that were using the same unit?

MR. FRIEDMAN: At the same time?

MR. EGOR: At the same time.

A Look, everything could happen because we might have -- glad I mentioned before, there was a big mess, but now we're separating my companies.

We might -- it doesn't mean we didn't provide a person, for first patient, a second

A. Pinkhasov

patient, a device. We might sent bills by mistake. That could happen if that's the question.

MR. FRIEDMAN: No, he didn't ask you if you billed.

Did you ask him if he provided a machine or if he ever billed for a machine?

MR. EGOR: Billed for a machine.

Let me rephrase that.

Q For example, is there any instance where the same machine was billed to GEICO by Accelerated and by Triple AMG?

MR. FRIEDMAN: For the same time period?

Two different patients, same time period?

MR. EGOR: Yes.

A Could happen. Just may be because of mess, some of the girls mess it up with the paperwork. That could happen, yes. Maybe.

To tell you right now a hundred percent, maybe I'm mistaking --

MR. FRIEDMAN: Could I have a break for a second? I want to ask my client --

A. Pinkhasov

step out.

(At this time, the witness and attorney left the examining room and subsequently returned.)

(Recess taken.)

MR. FRIEDMAN: After a brief off-the-record conversation, my client -- I think I was able to explain the question in the way that he understood it. I didn't understand it.

So, if you would like to explain your answer.

Q Do you need to clarify?

A Yes, yes. Now I'm understanding exactly what you mean.

What was the mistake is, that's why I was, I mention about the paper, my girl might have a mistake, send out the same paper, means same serial number.

But for the same machine, billing in the same time, no, it's not happening.

That's what I mentioned before. My girls might have a mistake, send the serial number by mistake. That could happen, yes.

A. Pinkhasov

But for the same machine for different patients, no, no, no, it's not.

Q I thought you mentioned earlier that the serial number is not listed on any of the bills?

A Yeah, but we do send you guys the invoice.

Q That's what I want to ask you now.

Defendant's Exhibit B is an invoice.

Can you just identify what that is?

MR. FRIEDMAN: Go ahead. It's your invoice.

Q Can you tell us the name of that company that's the invoice?

A My company.

Q From who?

To your company?

A To my company from --

Q I see a company up here on the top right, is that the DGO Company?

A DGO. DJO.

Q That says DJO, is that the same thing, DGO, DJO?

A Yeah.

A. Pinkhasov

What do you --

Q Can you explain what's in it?

A It's the purchase of the CPM unit.

Q Tell us what the purchase price is.

A That's the bill, okay. That's the shoulder CPM.

Q How much was the shoulder CPM?

A It doesn't say.

Q How much did you pay?

A $3,995.

Q For how many machines?

A I think it's ten.

So, yes, I figure out now. It's ten machines, 3,995 for each.

Total amount, $39,949.95.

Q That's for a shoulder CPM?

A Shoulder, yes.

Q Do you have any invoices for a new CPM?

A I don't. It's not in the bills. If it's not in the bills I will have to provide you with this.

Q Is there any reason why this, and for the record, this is an invoice dated February 13,

A. Pinkhasov

2013, is provided to GEICO with respect to all of your shoulder CPM rentals?

A Probably because we bought them in bulk, ten units, and they give us one receipt. That's what I see over there.

Q Do you have other receipts for some of the other equipment?

A For all the equipment we do have the receipts, yes.

Q Because this is only for ten units and you have a lot more than that.

A A lot more than that.

But what you're showing me right now is the one attached to your bill because that's what it is.

Q Right.

This same receipt, this same invoice is produced with all of the bills that are for shoulders.

A For the ten CPMs we purchased.

Q You're renting more than ten CPMs?

A Yes, but it's different receipts.

Q I'm just saying, for the record, the receipts that we received, that GEICO received are



A. Pinkhasov

all dated March 13, 2013, appear to be the same invoice.

A All the bills GEICO received, if that's what you're telling me, all the bills were sent out, we sent out to GEICO. We just use one receipt.

Is that the question?

Q Yes.

Why do you do that?

A It's pretty much because all those units buy from the same company, the same models. That's the reason why.

They are no different --

Q You're saying they don't change regardless of the date, the numbers are the same?

A The price is the same.

Q So, this invoice is more --

MR. FRIEDMAN: Reflective.

Q This invoice is a sample or example of the invoices you have of the equipment?

A Yes.

Q Defendant's Exhibit C, can you identify that?

A C.



A. Pinkhasov

What is that?

Q Is that an invoice?

A Yes.

Q From who?

A From MedSource USA.

Q That's that same company you referred to earlier that you made your purchases from?

A Yes.

Q What's it for?

A For a knee CPM.

Q How do you know it's a knee CPM?

A By the price, I guess. It doesn't say anything right here.

Q What is the price?

A $1,128.

Q For how many units?

A Give me one second. Let me just -- only one unit. That explains.

I'm so sorry. Now I've got it. That's a cold therapy unit.

Q It's a cold therapy unit?

A Yes.

Q Is it an Aqua Relief System, the name of the cold therapy?



A. Pinkhasov

A Yes, the name.

Q Like a model?

A That's just the name of the company.

Q Just a usage?

A Usage, yeah.

Q So, what was the price per unit?

I see the total.

A I believe -- 130 dollars, it's a range between 120 to 140.

They always change the prices because they are not always available.

Q Same question again.

It appears to be that this same invoice that's dated March 14, 2013 is submitted to GEICO in relation to all of your bills for CTU units.

What's the explanation for that?

A The same concept. Those units are the same thing. Don't change. The same look. Same features. Everything is the same thing and it does the same work.

Q You have invoices for other CTU units?

A I believe so, yes.

Q Those other invoices would be similar

A. Pinkhasov

in nature to this?

A Similar to this, yes.

The price range is different. They always change.

For instance, right now I can't find nothing less than 180, 200. I used to buy them for 130, but the units itself, it does the same thing, and they are very similar to each other.

Q Could you tell us the brands of the equipment that you're using?

A For cold therapy unit?

Q And the CPM and CTU.

A DGO and Aqua whatever over here.

Let me see. Aqua Relief System.

Q Have you ever heard of OptiFlex 3?

A Yes, for the knee.

Q That's the name of model that your company is renting?

A I believe so.

Q Is that the only model that your company uses?

A No, that's different. That's different over there.

Q Let me show you a document. It says

A. Pinkhasov

Durable Medical Equipment rental agreement, and it has Accelerated DME at the top of it. That is Exhibit O.

Can you identify that?

Tell us what that is.

(Whereupon, rental agreement was marked as Defendant's Exhibit O for identification, as of this date.)

Q Can you take a look at that and tell us what that is?

A You mean the whole bill or just the first page?

Q Just that page.

A It says similar. Just for that page.

Just to show a patient, just to make sure if the unit is functional, it's clean and it's operational.

Q Do you ever refurbish the units, try to repair them?

A Yes, sure, a lot.

Q Do you have a mechanic that does that?

A We send it back to the DGO or to the company where we bought if from, and we just send to the company who made them, and we repair them

A. Pinkhasov

all the time.

Q Do they charge for that service?

A Sure.

Q How much would it cost?

A Different. Because of different parts. Different -- a little unit, a little head without the computer. A little unit always breaking on us.

Q This form, Defendant's O, was created by who?

A My -- our company, yes.

Q You have lines here for model and serial number and days prescribed.

Do you ever fill out the serial number on that document?

A Yes.

Q Is it filled out on that one?

A Model number, not a serial number.

Q Why don't you write the serial number?

A Because it was very confusion like I said that before, it was very confusion with the serial numbers. That was the issue.

Q Who fills out that information about the model number?

A. Pinkhasov

A My techs. My techs.

Q When was this form prepared in the process of the delivery or rental of the unit?

A When we deliver to the patients. We come with a blank and we filled out in front of the patients and they ask them all the questions and if they agree what's here, we put their signature.

Q When do you get the dates written in there, the days, 42 days?

A Right on the bottom right here (indicating).

Q These days prescribed, where does that information -- where is that derived?

How do they know to write that in?

A Can you repeat?

Q Where do they get 42 days, CPM and CTU information, how do they decide to write that?

A How they decide, it says in the script. From the script.

Q That should match the prescription?

A Yes.

Q Then the dates on the bottom that are signed by the patient correspond with that length

A. Pinkhasov

of time?

A It says rental from 4/7/14, let's say, for example, and finishing 5/29/14. Match to this.

Q Forty-two days?

A Forty-two days.

Do you mind if I take a quick second?

(Recess taken.)

Q I actually am pretty much done.

I have one more question for the record.

Do you charge the same amount to GEICO for a new unit versus a used unit?

A The same price.

Q Whether five years old, three years old --

A Same price.

Q -- or brand new unit?

A The same price.

Q Other than what you said before about machines breaking down, you don't know or you don't have experience with the lifespan of a unit, as long as its working, hasn't broken --

A As long as working, as long

A. Pinkhasov

functional.

Q -- you keep renting it?

A If they break in our warehouse we don't send them. They break in the patient, the house, we replace it right away.

Q Will a patient call you if a machine is broken?

A We have a system. They call us based on this, based on the stuff they sign. Plus, they have our business card.

We re-call them. I remember I mentioned that, we call the next day, how they feel, how they doing, if they understand everything, the machine, how everything else is working.

Besides, they put the marks on them and sign them on the paper we give them to sign.

Besides that, we do this additionally, and we call them two, three weeks later, the machine, the progress and everything else.

Q If you get a phone call and says a machine is not working, it's broken, what will you do?

A If they call my office, my girls,

A. Pinkhasov

staff would do scheduling, they just schedule it, and within 24 hours it's supposed to be replaced.

Q So, you take the old machine and give them a different machine?

A Different machine, yeah.

I wouldn't say next day. Let's say if they call me today, we try to do it in the same day.

If it's late, early in the morning, or whatever, it's based on the patient's schedule.

Q Do you have any forms or records that you use or complete to document that a machine broke down and the patient was given a different machine?

A Yes, have a complaint form.

Q A complaint form?

A Complaint form and --

Q What's on that?

A My girls, it's demanded if my girls write it down when they call the patient, what was the conversation with the patient, and what happened, meaning what's going on.

Q It will note, there is a space on there, machine is broken?

A. Pinkhasov

A Machine is broken, yes.

Q When they get a new machine to replace the broken one, is there a record kept of what that new machine's serial number is?

A Stephanie, my manager, the girls, honestly speaking, never read those notes. I will assume yes, but again, I never read them myself.

It was there and I heard they was speaking to the client. I see this all the time. They put the notes, but I don't have time to go over it because something which is not necessary, but we are just doing it just for our improvement, not for anybody else.

Q Does this patient get a new rental agreement?

A No.

Q If the machine is broken for a period of time, a day, for instance, does that get reflected in the billing, is it credited to GEICO?

A Let's say --

MR. FRIEDMAN: Or anybody.

MR. EGOR: Or anybody, yes.

A Let's say we are taking more than -- from night to morning, it will take two days,

A. Pinkhasov

three days, obviously we are not billing, but usually if they call us in the night, we bring it tomorrow morning, or tomorrow afternoon we bring it, so the patient have enough time to catch up the time he missed of using that machine.

Q Right.

So, they still may use it 42 days, but you're billing would reflect a gap in days where the machine was not in use because it was broken?

A If we take long enough we definitely leave the gap, and it happen all the time. If you guys will go over the bills you will see not a lot of your bills.

Q The sequence of days may skip?

A Yes, you will see like, let's say the script was 42 days and we only bill for ten days because either the patient call to pick up or the machine didn't work.

If you are going to check our records and our bills you will see it's always like this. We don't bill only based on what the script says.

Q So, the insurance companies are credited by your company where there is a situation where the machine is broken or returned

A. Pinkhasov

early?

A Let me repeat that again.

Let's say the patient call me tonight saying, "My machine is broken." And I scheduled something nine in the morning, ten in the morning, 12 in the morning, I'm just keeping my billing the way it is. Not skipping, no gaps, no nothing.

Q Right. I understand. If there is no lapse in time.

A Lapse in time.

Let's say he didn't use my machine for three days, then it's a different story then.

Q What is that story?

A The story is we don't bill for those three days.

Q So, the days would be skipped on the bill?

A It's not going to be like seven to ten. It's not going to say that.

We are just -- let's say if it's 42 days. We just take, we bill for 38 days, for example, or 39 days.

Q It comes from the back end of the rental period?

A. Pinkhasov

A Yes.

Q The date sequence would continue to go in numerical order, but the duration of it would be less --

A Exactly.

Q -- to show the credit?

A The system, we took this day or that day. Just less day.

MR. EGOR: Okay, Mr. Pinkhasov, thank you for your time today for coming in.

THE WITNESS: Thank you.

MR. FRIEDMAN: Thank you very much.

In an off-the-record conversation with Counsel for the carrier, we discussed whether or not our respective offices have worked out a -- my client's per diem remuneration for his appearance here today.

My client has graciously agreed to waive his fee for today subject to, of course, requesting them to be paid in the future if he should ever have to sit for another EUO.

I appreciate your courtesy for coming to our offices today, and thank you very

A. Pinkhasov

much for everything that we worked out for today.

MR. EGOR: One last thing I should just mention.

GEICO reserves its rights to process the bills that are the subject of today's EUO.

MR. FRIEDMAN: In the regular course of business.

MR. EGOR: In the regular course of business.

MR. FRIEDMAN: That's fine.

(Time noted: 12:45 p.m.)

ACKNOWLEDGMENT

STATE OF NEW YORK)
ss:
COUNTY OF QUEENS)

I, ARTUR PINKHASOV, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of SEPTEMBER 5, 2014; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

______________________
ARTUR PINKHASOV

Subscribed and sworn to before me this day of , 2014.

NOTARY PUBLIC

INDEX

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| Artur Pinkhasov | Mr. Egor | 4 |

EXHIBITS

| DEFENDANT'S EXHIBITS FOR IDENTIFICATION | | PAGE |
| --- | --- | --- |
| A | Document | 3 |
| B | Invoice | 3 |
| C | Invoice | 3 |
| D | Document | 3 |
| E | Document | 3 |
| F | Bill | 3 |
| G | Bill | 3 |
| H | Prescription and Letter of Medical Necessity | 3 |
| I | Bill | 4 |
| J | Questionnaire | 4 |
| K | Delivery receipt | 4 |
| L-N | Black and white photographs | 20 |
| O | Rental agreement | 106 |

INDEX (Cont'd)

| INSERTS: | PAGE | LINE |
| --- | --- | --- |
| Companies where units were purchased | 12 | 10 |
| Make and model of shoulder unit | 14 | 23 |
| Address for AAAMG | 18 | 4 |
| Correct spelling of Alexander Barbajanov | 19 | 4 |
| Names of employees | 28 | 13 |

CERTIFICATE

STATE OF NEW YORK)
ss.:
COUNTY OF NASSAU)

I, HOLLY BAINE, a Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify:

That the testimony of ARTUR PINKHASOV was held before me at the aforesaid time and place.

That said witness was duly sworn before the commencement of the testimony and that the testimony was taken stenographically by me and is a true and accurate transcription of my stenographic notes.

I further certify that I am not related to any of the parties to the action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of September, 2014.

______________________
HOLLY BAINE

ERRATA SHEET

DEPOSITION OF: ARTUR PINKHASOV

RE: CLAIM OF ACCELERATED DME RECOVERY, INC.

DATE TAKEN: SEPTEMBER 5, 2014

PAGE LINE # CORRECTION REASON

____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________
____ ____ ____________ ________

______________________

ARTUR PINKHASOV

Subscribed and sworn to before me this _______ day of _________________, 2014.

______________________

NOTARY PUBLIC

A

**a.m** 1:11
**AAAMG** 17:11,19 18:8,18 19:21 21:17 22:4 119:7
**able** 20:18 25:10 42:11 72:20 73:24 75:11 98:9
**absolutely** 83:24
**Accelerated** 1:6,13 5:25 8:14 16:6,16 16:19 18:6 19:13 19:15 21:7 22:8 22:11 25:22 26:6 51:8 89:22 90:23 91:14,18 92:8,9 92:24 95:21,22 97:13 106:3 121:3
**Accelerated's** 21:9 21:10,16 22:3
**accident** 22:24
**account** 13:13
**accountants** 95:24
**accumulated** 79:9
**accumulative** 76:10
**accurate** 120:14
**acquisition** 78:18 79:9
**action** 120:17
**ad** 83:6,12
**add** 44:8
**added** 54:13
**additionally** 110:19
**address** 8:20,21,22 17:20 26:12 47:6 119:7
**addresses** 43:4
**adjust** 60:15,24 61:3 74:23
**adjusted** 60:21 61:20,22,23
**adjusting** 60:20 61:5
**advance** 56:21,22 58:18,19
**advertising** 30:23,24 30:25 37:17,19
**advice** 48:9
**Affair** 16:14
**aforesaid** 120:10
**afternoon** 113:4
**age** 11:12
**ages** 11:6
**ago** 6:13 8:3 38:20 54:24 55:16 89:13
**agree** 108:8
**agreed** 115:19
**agreement** 106:2,7 112:16 118:22
**agreements** 38:6
**ahead** 7:20 66:22 99:12
**Alexander** 18:24 119:8
**AMG** 19:16 22:5,12 23:10,16 24:8,15 26:7,9,15 54:17 91:9,19 92:14,22 97:13
**amount** 47:22 63:17 71:6,25 72:10 74:10 76:20 100:16 109:13
**amounts** 68:3
**and-a-half** 39:6
**ankle** 68:19,20,21 69:6,7,8
**ankles** 10:16 12:19 48:21 89:17,18
**announce** 50:16
**answer** 5:13 14:12 46:22 70:9 72:20 73:24 74:2,17 75:3 76:23 88:16 98:13
**answered** 117:12
**answers** 117:13
**anybody** 18:17 42:4 112:14,22,23
**anymore** 50:23 51:14 54:21,25 55:12
**anyway** 68:24
**appear** 102:2
**appearance** 115:18
**appears** 104:14
**appreciate** 115:24
**approximate** 11:5 12:11
**approximately** 9:21 9:24 10:21 11:2 12:15 25:25 26:5 26:5 47:8 53:5 93:6,8
**Aqua** 103:24 105:14 105:15
**areas** 39:18
**Artur** 1:15 4:21 92:6 117:7,17 118:4 120:9 121:3,21
**asked** 83:9,13 88:24 117:12
**asking** 35:25 49:20 76:10 81:2 84:10
**assemble** 52:21
**assembling** 52:18
**ASSOCIATES** 2:4
**assume** 5:22 60:7 112:8
**attached** 101:15
**attachments** 87:3
**attorney** 98:4
**attorneys** 2:4,10 86:22
**available** 84:25 104:12
**Avenue** 1:9 2:5 8:16 17:21 26:10,11
**average** 10:14 53:2
**aware** 77:15 78:15 83:8,10,13 84:16 84:24

B

**B** 3:6 67:22 68:9,10 72:7,19 99:10 118:7,10
**back** 8:4,5,25 9:2 20:4,9,11,18 21:4 23:5 25:7 36:8 40:19 49:19 51:15 53:9,13 60:17 70:20,22 71:11 72:4,15 75:4 87:7 93:2,15 106:23 114:24
**Bain** 34:21
**Baine** 1:16 4:14 120:6,24
**Barbajanov** 18:24 119:8
**barber** 16:24,25
**Barry** 34:18
**base** 64:13 75:6
**based** 31:14 47:15 48:9,25 61:8 64:14 70:4 78:5 81:11 110:9,10 111:11 113:22
**basis** 13:16 38:9
**believe** 13:21 67:2 68:4 70:19 71:5 72:2 83:24 85:22 93:15 104:9,24 105:20
**believes** 81:22
**belongs** 22:2
**Bernstein** 89:11
**best** 78:8
**better** 21:22 22:21 23:7,8 49:16 85:21
**big** 39:2 65:8 90:14 95:6 96:22
**biggest** 13:4
**bilingual** 30:12
**bill** 3:17,20 4:3 30:6 52:6,11,12,14 62:13 63:16 64:4 65:15,18,22 68:4 71:15 72:10 73:5 74:7,9 75:21 86:13 89:24 91:9 96:16 100:6 101:15 106:12 113:17,22 114:15 114:18,22 118:14 118:15,18
**billed** 45:19 96:11

97:6,8,9,12
**billing** 27:5,12,13 28:5 52:2 63:6 73:21,23 75:12 87:12 91:6 93:3,5 93:6 94:5,23,24 98:21 112:20 113:2,9 114:7
**bills** 5:6 8:7 25:3 27:15 28:8 67:25 71:12 72:7,17 74:3 86:20 92:14 96:16 97:2 99:6 100:21,22 101:19 102:4,5 104:16 113:13,14,21 116:7
**bit** 36:4 67:4
**black** 20:15,21 118:21
**blank** 12:7 18:2 19:2 70:24 108:6
**blood** 120:17
**body** 45:6
**book** 64:5,7,12,13 64:15,18 65:11 67:13,15 68:21 68:22 69:5,15 70:5 71:10 74:12 74:19 75:2,6,9 78:11
**bottom** 47:4 52:15 108:12,24
**bought** 80:13 83:16 101:4 106:24
**braces** 7:22,25 8:4 8:5,8 9:14
**brand** 36:23 109:19
**brands** 105:10
**break** 9:18,19 10:24 11:7 14:25 15:19 23:25 24:2 63:23 84:4 97:24 110:4 110:5
**breaking** 10:7 15:4 107:9 109:22
**breaks** 15:11 84:7
**brief** 59:16 98:7
**bring** 8:11 10:18 33:3 36:15 51:11 113:3,4
**broke** 111:14
**broken** 50:22 51:5 65:4,5 109:24 110:8,23 111:25 112:2,4,18 113:10,25 114:5
**build** 17:3 44:21 54:14
**Building** 91:7
**bulk** 101:5
**business** 16:5,6,13 16:15 17:5,7 19:15,17 30:20 32:11 34:4 35:4 40:20,21,22 44:8 44:20 54:19,20 54:21,25 55:5,11 69:23 80:16 90:4 95:6 110:11 116:10,12
**busy** 32:25 43:14
**buy** 9:7 64:4,12 102:12 105:7

C

**C** 2:2 3:9 67:23 68:10 95:8,9 102:23,25 117:2 118:11 120:2,2
**Caesar** 55:15
**calculate** 81:19
**calculating** 81:21
**calculations** 81:17
**call** 26:24 27:11 40:4,15 41:16 42:2,5,20 49:19 49:22,23 50:4,7 50:23 51:15,17 53:8 58:4,6 59:5 59:12 110:7,9,13 110:20,22,25 111:8,21 113:3 113:18 114:4
**called** 9:3 37:23 64:8,9,15 65:13 69:2
**calls** 40:8 42:18
**car** 36:19 39:2 80:6 80:6,7,7,11,13,17 80:23 83:17,18
**card** 110:11
**care** 58:23
**carrier** 81:20 115:15
**carriers** 9:8
**cars** 38:2,4,25 39:3
**case** 10:25 49:2 53:12
**cases** 56:14
**catch** 113:5
**categories** 65:10
**centers** 33:12 35:3 35:4
**certain** 15:22 63:17
**certificate** 6:22
**certify** 117:7 120:8 120:16
**chair** 61:19
**change** 12:14,16,20 24:13 102:15 104:11,20 105:5
**changes** 40:23 44:8 44:20 54:15 66:16
**charge** 27:5,12 63:17 67:17 72:9 87:3 107:3 109:13
**charges** 63:20 84:17 86:5
**charging** 69:24 70:4
**cheap** 91:16
**check** 24:17 25:3,6 58:15,20 66:15 66:17,20 74:12 74:15 78:6 113:20
**checking** 27:15
**Chicago** 65:7
**circle** 45:6
**circumstances** 55:25
**city** 38:5
**claim** 1:4 94:11 121:3
**Claimant** 1:14 2:4
**claims** 92:20
**clarification** 35:15
**clarify** 71:7 98:14
**clean** 106:17
**clearly** 53:9 76:17 83:14
**client** 20:14 46:14 47:4 81:18 97:25 98:8 112:10 115:19
**client's** 115:17
**clientele** 89:20
**clients** 90:5 91:10
**clinics** 35:2,4
**close** 12:19 77:13 77:14
**code** 8:17 69:25 70:2,2 72:16 73:12,13,21,23
**coded** 20:2,3 22:2
**codes** 64:7 73:14
**coding** 64:13 69:4,9
**cold** 16:7,9 41:11 41:13,13 59:2,3,4 59:18 75:3 85:17 103:21,22,25 105:12
**collars** 8:6
**collect** 86:19
**collection** 86:16
**collections** 86:23
**color** 20:2,3 21:25
**colors** 19:23
**column** 72:17
**combination** 28:17
**come** 42:6,7 45:23 55:5 69:19 74:4 74:12,19,21 88:17 108:6
**comes** 55:22 80:20 114:24
**comfortable** 47:24
**coming** 41:23 85:17 86:4 115:11,24
**commencement**

120:12
**communication** 48:10 86:8
**Comp** 40:13,18,21 40:24
**companies** 11:24 13:9 21:19 30:7 38:8,16 41:25 77:16 85:14,16 85:19 96:23 113:23 119:5
**company** 2:10 6:2,3 6:4,8,11 7:12,14 7:15,17,17 10:23 11:18 12:5,6,25 17:8,10,14 18:7 19:11 22:6,7 26:8 31:2,8 32:5 37:22 38:17,19 40:7 43:9 44:7,15,19 49:12 54:14,16 63:16 64:20 79:25 80:18 84:17 86:17 91:5 94:8 96:3,4,5,6,8 99:15,16,18,19 99:20,21 102:12 103:7 104:4 105:19,22 106:24 106:25 107:12 113:24
**compensation** 33:15 38:7 79:2
**complaint** 111:16 111:17,18
**complete** 29:3 111:13 117:11
**completed** 53:17 54:2
**completely** 21:23
**completing** 48:6
**complicated** 59:8,9 90:10
**complication** 47:19
**computer** 25:14 75:22 107:8
**concept** 104:19
**confirm** 25:6 78:12
**confusion** 107:21 107:22
**connection** 5:24
**consulted** 86:4
**Consumer** 16:14
**Cont'd** 119:2
**contact** 13:8 41:3,4 41:8 43:3 51:6 55:17 57:8
**contains** 47:5
**continue** 80:21 115:3
**Continued** 16:11
**Continuing** 50:19 70:13
**contract** 31:21,23
**conversation** 36:20 87:9 88:4,10 98:8 111:22 115:14
**copy** 68:24,25
**Corp** 17:11 95:8,8,9 95:9,14,16
**corporation** 95:7,13 95:21 96:2
**correct** 14:4,5,8 24:18 26:12 27:15 48:8 68:5 81:22 117:11,15 119:8
**CORRECTION** 121:5
**correspond** 63:8 108:25
**cost** 76:17 77:3 78:18 79:9,10,18 80:7 81:11 82:19 107:5
**costs** 76:14 82:17 82:18,19,20 84:8
**counsel** 20:14 115:15
**country** 86:13
**COUNTY** 117:5 120:5
**course** 55:10 84:2 115:21 116:9,11
**court** 5:14
**courtesy** 115:24
**cover** 39:11
**CPA** 96:6,7,8
**CPM** 10:13,14 12:12 14:18 16:10 36:11,12 41:11 45:25 46:19 49:7,8 61:10 63:24,25 65:12 67:16 76:7 82:6 84:18,25 87:11 89:16 100:4,7,8,17,20 101:3 103:11,12 105:13 108:18
**CPMs** 7:21 9:14 15:22 24:10 37:11 41:12 55:6 57:20 59:20,21 85:25 101:21,22
**CPT** 64:7
**create** 13:12 23:6 43:15 44:2 71:15
**created** 43:8,10 44:17 71:13 107:10
**creates** 43:7 73:5
**creating** 44:18
**credential** 90:16 91:18
**credit** 115:7
**credited** 112:20 113:24
**cross** 47:18,22 49:3
**CTU** 9:16,17 16:9 45:25 46:23 49:8 69:21,25 70:16 71:16 72:10 74:8 88:3,5,7 104:16 104:23 105:13 108:18
**CTUs** 7:21 9:14,19 10:12 14:24 15:2 15:22 23:16 37:9 37:10 41:13 55:6 69:22
**cuff** 59:14
**current** 10:19
**currently** 10:10 23:19,20 37:4
**customary** 64:25
**cut** 60:9
**cutting** 16:24
**cycle** 76:21

**D**

**D** 3:12 117:2 118:2 118:12 119:2
**daily** 13:16 72:9
**Dassa** 34:18
**date** 3:4,7,10,13,16 3:19,22 4:2,5,8 4:11 10:2 20:24 48:13 56:23 62:9 62:12,13,24 63:10,11,12 67:3 71:16 74:8 94:15 102:16 106:9 115:3 121:4
**dated** 62:9,24 100:25 102:2 104:15
**dates** 6:16 45:23,24 63:8 66:9,14,17 66:20 72:13 108:10,24
**David** 14:2
**day** 10:5 21:22 27:2 27:2 32:17 63:17 65:17,18,19 66:2 67:18 71:25 72:8 74:19,20 76:3 80:6 82:7 84:18 110:13 111:7,9 112:19 115:8,9,9 117:20 120:21 121:23
**days** 43:5 50:6 52:10,11,13,14 52:14 71:18,25 72:11 76:4 82:7 107:14 108:11,11 108:14,18 109:6 109:7 112:25 113:2,8,9,15,17 113:17 114:13,16 114:17,22,22,23
**deal** 13:16,17 43:14

**deals** 81:14 85:22 85:23
**decent** 81:20
**decide** 56:17 88:16 108:19,20
**decided** 18:9,14,16 21:12 49:11 55:4 88:21
**decides** 49:9
**decision** 49:10
**Defendant's** 3:3,6,9 3:12,15,18,21,24 4:4,7,10 5:8 20:22 21:2 36:8 44:10 45:13 53:19 62:2 65:22 66:4 71:2 99:10 102:23 106:8 107:10 118:8
**defense** 81:20
**definitely** 113:11
**deliver** 41:12,18,20 49:18 56:16 57:9 57:14,17 58:7,12 59:7,12,13 108:5
**delivered** 52:17 57:21 58:25
**delivering** 29:9
**delivery** 4:9 29:15 29:18,21 30:7 44:3 61:25 62:14 62:15 63:11,12 108:4 118:20
**demanded** 111:20
**demonstrating** 52:18
**Department** 91:7
**depend** 85:12
**depending** 69:17,17
**depends** 29:6,20 60:16 67:11,14 74:11,18 75:8 82:25 83:3
**deposition** 117:9,13 121:3
**derive** 63:20
**derived** 108:15
**describe** 15:5 31:23 53:20 59:21
**described** 73:19
**description** 26:20 59:16
**descriptions** 26:17
**device** 52:24 97:2
**DGO** 11:25 12:4,24 13:16,19,20 40:6 42:2,17 89:23 99:21,22,24 105:14 106:23
**diem** 81:11,14,15 115:17
**different** 19:23 23:12,15 29:17 31:3 36:5 39:10 39:18 47:9 66:10 66:19 69:9,24 70:17 74:10 75:7 85:21 89:4,5 96:12,16 97:16 99:2 101:23 102:14 105:4,23 105:24 107:6,6,7 111:5,6,14 114:13
**differently** 40:5
**difficult** 22:16 23:5 32:25 64:3
**difficulty** 59:10
**dinner** 33:3
**dinners** 32:18,22 33:20
**direct** 41:5
**direction** 60:10
**disagreeing** 81:16
**discuss** 87:23
**discussed** 86:8 115:15
**discussion** 30:10
**distance** 29:23
**divided** 71:25
**DJO** 99:22,23,24
**DME** 1:6,13 5:25 7:16,17 9:10 17:7 17:8 21:8 22:3 39:20 51:9 77:10 77:16 79:16,25 81:19 87:4 90:23 96:12 106:3 121:3
**doctor** 32:15 35:6 41:3,5,6 43:8,12 45:3,5 46:3,4,25 47:7,21 48:10,11 48:14 49:12 56:17 57:8,15 58:7,10,21 59:6 60:7,17 87:10 88:13,14
**doctor's** 36:16,17 41:24 47:6 57:11 57:12
**doctors** 17:2 32:3,6 32:13,21 33:11 33:15,25 35:9 39:23,24 40:6 41:8,9 42:14,15 43:13,16,20 45:8 47:9,11 56:12 57:21 58:14 87:14,15,16,17 88:11
**document** 3:2,11,14 6:18 47:5 49:6 105:25 107:16 111:13 118:9,12 118:13
**documents** 6:20,22 7:5 75:12
**doing** 17:9 18:15 21:22 44:5 49:20 50:7 78:10 89:25 91:12,19,22 110:14 112:13
**dollar** 29:18 65:17 65:25
**dollars** 29:19,19 39:6 65:18,19 67:18 68:5,12,15 76:3,5 80:6 82:7 84:18,22 93:14 94:7,14 104:9
**door** 42:11
**Dorrie** 26:23
**double-check** 73:25
**Dr** 34:18 57:5,5,6
**driver** 38:4
**dropped** 67:20
**duly** 4:13 120:11
**durable** 7:15,17 106:2
**duration** 45:25 46:2 46:20 49:6 115:4

E

**E** 2:2,2 3:15 117:2,2 118:2,7,13 119:2 120:2,2 121:2,2,2
**E0935** 67:6 69:4,10
**E0936** 65:13 69:2,7
**earlier** 51:8 71:12 71:21 73:19 75:16 83:7 99:4 103:8
**early** 51:21 111:10 114:2
**easier** 7:3 43:20 45:5 48:16
**easiest** 48:15 52:21
**easy** 47:7 86:2
**Ebay** 11:11,14,22
**Egor** 2:12 4:18 5:3 7:8 9:23 14:15,22 23:13 24:2,5 34:13,16 48:4 66:12 76:12,19 78:25 79:7 80:5 80:17,20 81:7 82:3,12,22 83:7 83:24 84:3 93:5 95:6 96:19 97:9 97:18 112:23 115:10 116:4,11 118:4
**eight** 87:16 94:19 94:20
**either** 69:16 113:18
**elbow** 45:6
**eligible** 91:9
**Elite** 31:9,10,12 38:18 39:4
**Emanuel** 34:8
**employees** 25:22

26:13,17 28:3 119:9
Ended 63:14
English 30:13,15,18
enter 73:12,14
entered 44:25
entering 73:8,15
enters 72:23
environment 90:11
equipment 9:11 11:6,18 14:10 20:2 35:12 52:16 58:13 61:6,24 63:18,22 64:25 76:20 77:17,18 77:21 79:18 82:6 82:9 83:2,4,5,15 87:4 101:8,9 102:21 105:11 106:2
errata 14:9
errors 14:8
especially 41:12 59:2 61:8
ESQ 2:7,12
estimate 23:9 42:13
estimated 94:12
estimation 10:19 94:13
EUO 6:18 12:8 92:22 95:16 115:23 116:8
EUOs 7:3
event 32:20 36:17
events 32:2,5,7,10 32:19 33:7,8,9,10 33:10,11,12 36:16 39:10,13 39:16
Everybody 29:17
exact 6:12 9:19,22 10:17 12:14 75:5 94:18
exactly 6:16 70:2,25 76:25 98:16 115:6
examination 1:13 4:17 5:7,9 118:3
examined 4:15
examining 98:4
example 36:19 44:3 56:14 64:22 97:11 102:20 109:4 114:23
exceed 75:24 79:10 79:21
exceeds 76:17
excess 76:6 79:18 79:24
exchange 7:7
exhibit 3:3,6,9,12 3:15,18,21,25 4:4 4:7,10 5:8 21:2 36:9 44:10 45:13 46:15 50:18 53:19 65:22 66:3 66:4 68:6,8,9,10 68:10 71:3 72:7 72:19 99:10 102:23 106:4,8
exhibits 20:17,23 67:22 118:8
exist 83:23
existence 17:12
expense 39:11,12 82:9 91:16
expenses 30:7
expensive 37:11 65:7
experience 109:23
explain 21:18 27:9 44:16 60:24 66:13 71:18 74:14 76:24 77:20 98:9,12 100:3
explained 56:19 59:4
explaining 71:21
explains 103:19
explanation 66:19 67:14 104:18
extension 94:2
extra 24:7 49:2
extremely 32:25 43:14

F

F 3:18 66:4 118:14 120:2
fabricate 9:7
fabrication 9:5
facility 8:24
fact 81:17 87:23
familiar 66:25 91:25
far 39:12 94:15
fashion 76:10
fax 41:16 42:21
features 104:21
February 100:25
fee 38:10,11 39:8 64:2 70:8,21 71:5 74:24 75:8 77:15 77:22,23,25 78:2 78:15 79:2,3 115:20
feel 43:20 57:23 110:14
feeling 49:20
fees 64:14
field 87:10
Fifty 24:9
figure 100:14
figured 81:16
file 2:12 45:10
files 25:16,16,17,18 25:21 95:17
fill 12:8 18:3 19:3 25:19 45:11 61:25 62:4 73:4 107:15
filled 107:18 108:6
filling 44:23
fills 72:21 107:24
final 95:17
financial 19:17 35:5
find 6:25 7:2 13:9 13:11 23:4 43:22 49:24 53:9 57:20 64:3 69:25 91:4 105:6
fine 116:13
finger 45:7
finish 5:12 29:11
91:14 94:3,3
finished 28:23
finishing 109:4
firm 86:15
firms 86:9
firms' 86:10
first 4:13 16:23 26:18,21 60:3 74:19 82:22,24 87:13 90:23 91:15 93:12 94:15 96:25 106:13
fit 61:6,8,10
fitted 60:22
five 11:21 26:4 27:22 47:13 48:24 49:10 56:24 58:23 94:21 109:16
fix 10:25 44:4
flexible 29:5,8
Focus 40:7,9 41:3,4 42:2,17
folks 55:9
follow 25:9 26:25 27:2 43:20 57:3 60:11 69:20 71:9 75:9,10 77:23 78:9,10
follows 4:16
Foot 89:17
footage 90:14 91:4 91:6
foray 17:7
forget 60:8
forgot 17:20 37:25 54:24
form 6:4 18:5 33:15 43:15 44:13,15 44:22,24,25 45:12 46:6 48:8 48:18,20 51:12 51:12 54:2 63:3 92:7 107:10 108:3 111:16,17 111:18
formal 7:5

**formation** 6:21
**formed** 6:11 11:17
**forms** 43:7 44:2 45:9,10,18 111:12
**Forty-two** 109:6,7
**four** 26:4 39:6 45:25 46:20 48:23 49:6,9,12 49:14,16 51:23 52:7 76:16 87:15
**Friedman** 2:4,7 6:17 7:11 9:21,24 12:7 13:5 14:6 18:2 19:2,12 20:13 23:11,14,21 24:4 26:18 30:9 31:10 34:9,11 35:15 43:23 44:12 46:11 47:3 48:2 50:18 63:21 66:10,23 68:6,24 70:11 76:9,13,21 77:2,6 78:23 79:6 79:12 80:12,19 80:25 81:8 82:11 82:15,25 83:9 84:2,6 86:14 87:2 92:21 93:3 94:20 95:4,8,15 96:18 97:5,14,24 98:7 99:12 102:19 112:22 115:13 116:9,13
**friends** 44:19
**front** 62:6 73:4 108:6
**full** 4:19 80:23
**full-time** 28:16,19
**full-timers** 29:7
**functionable** 11:13
**functional** 15:17 106:17 110:2
**further** 120:16
**future** 115:22

G

**G** 3:21 65:22 117:2 118:15
**gap** 113:9,12
**gaps** 114:8
**garbage** 15:13
**Gardens** 4:23
**gas** 30:5
**GEICO** 2:10 5:4,6 8:8 30:7 52:4,6 52:11,14 62:13 96:11,16 97:12 101:2,25 102:4,6 104:16 109:13 112:20 116:6
**general** 16:20,23
**generate** 79:17
**gentleman** 48:19 53:14 57:4
**gestures** 5:11
**getting** 39:19 56:20 73:18 92:2
**gifts** 33:16,22,23
**Ginady** 55:10
**girl** 58:22 59:5 98:18
**girls** 27:12,18,20 28:4,6,7,8,25 41:7,8 49:22 57:3 57:8,8,10,11,12 72:21 73:6,7 74:5 74:6 97:20 98:24 110:25 111:20,20 112:6
**give** 10:17 14:20 26:11,19 34:6 35:19 43:2,4 45:11 48:18 51:17 59:16 88:16 93:8,9 101:5 103:18 110:18 111:4
**given** 23:22 111:14 117:14
**glad** 96:21
**Glenn** 2:12 5:3
**go** 7:20 18:17 31:5 36:8 40:19 42:24 45:11 52:19 53:13 55:4 60:17 60:23 63:23 66:22 70:20 73:2 73:2 75:4,22 85:25 88:17 89:9 91:15 99:12 112:11 113:13 115:3
**goes** 82:2
**going** 25:18 27:9 29:20 35:21,24 36:18,23 43:15 56:23 66:18 75:22 91:17,24 111:23 113:20 114:19,20
**good** 4:25 32:6 36:21 85:12,22 89:9
**graciously** 115:19
**great** 7:11 21:22 22:15
**green** 57:14
**gross** 92:23 93:3,3 93:19,21,22,23 94:5,14,23,24
**Group** 84:14,17
**guess** 5:15 81:25 103:13
**guy** 61:19 89:10 92:5
**guys** 11:4 25:4 40:10 50:12 68:22 99:7 113:13

H

**H** 2:12 3:25 4:12 34:10 45:13 118:7,16 121:2
**H-O-S-T-I-N** 34:14
**H-O-S-T-O-N** 34:12
**hair** 16:24
**half** 90:2
**hand** 120:21
**handed** 20:14
**handwrite** 24:25
**handwriting** 49:3
**happen** 16:7,8 21:20 22:20,22 40:3 47:17,23 53:15 56:9 63:15 77:11,21 96:20 97:3,19,21 98:25 113:12
**happened** 22:21,23 23:2 39:17 40:5 55:23 91:8 111:23
**happening** 98:22
**happy** 6:18 7:6
**head** 84:5 107:7
**healthcare** 88:4
**heard** 84:13 105:16 112:9
**heavy** 7:22 8:6,10
**height** 61:8,14
**held** 1:15 30:10 39:13 120:10
**help** 13:15 31:2 32:2 60:3 92:3
**helped** 6:10 92:7
**helpful** 89:9
**helping** 17:2,3 18:12 37:23 60:12 89:24 91:22 92:10
**helps** 32:8
**hereunto** 120:20
**higher** 65:6 85:25
**HIPAA** 45:9,12 51:12
**hire** 30:18
**Holly** 1:16 4:13 120:6,24
**homework** 78:4,5
**honestly** 112:7
**hope** 77:6
**Hostin** 34:8
**hour** 53:3
**hours** 27:10 28:24 29:6,12 32:17 41:19 50:13 53:8 111:3
**house** 25:19 27:9 53:3,7 110:6
**Houston** 34:9,13

huge 40:11
hundred 97:22

I

idea 55:8
identification 3:3,6,9 3:12,15,18,21,25 4:4,8,11 20:23 106:9 118:8
identified 27:20
identify 25:10 44:13 45:16 65:23 66:6 67:24 75:11 99:11 102:24 106:5
ignore 57:18,19 58:4 59:7 65:24 66:7
imagine 80:4
important 45:2 59:3
improvement 112:13
inception 10:2,22
incidentally 8:11
including 69:8
income 79:17 93:21 93:24 94:7
incorporation 6:22
incorrect 70:12,14
increase 60:15
indicating 46:9 47:2 49:4 50:17 72:11 108:13
individuals 27:24
infinitum 83:6,12
information 14:5 29:3 43:2 44:24 45:8 72:23 73:9 73:18 74:4 75:5 107:24 108:15,19
Ingenix 64:8
INSERT 12:10 14:23 18:4 19:4 28:13
INSERTS 119:4
inside 56:13 73:2,2
instance 49:5 57:3,6 97:11 105:6 112:19
instances 51:20
insurance 2:10 30:6 63:16 82:18 90:2 92:13 113:23
intention 90:7
intentional 22:24,25
interaction 19:10
interest 35:5
interested 120:18
interesting 32:12
introduce 39:9
introduction 32:2,16
inventories 21:20
inventory 9:10 19:19,20 23:9,24 24:20
invoice 3:5,8 99:8 99:10,13,15 100:25 101:18 102:3,18,20 103:3 104:15 118:10,11
invoices 100:19 102:21 104:23,25
involve 90:9
involved 92:11
Island 39:17 96:10
Israel 86:12,12,19 86:19
issue 107:23
item 64:2,21 70:19 71:8,10
items 23:12,15 64:21,21

J

J 4:7 53:19 118:19
Jason 34:21
Jemalice 27:6,13,14 28:21
Jersey 31:14 39:16
job 26:16,20
Joe 59:6
Joint 89:18

K

K 4:10,12 44:10 62:2 117:2
118:20
Karantanov 19:6
Katzman 34:18,18
keep 19:21 24:23 32:4 35:20 110:3
keeping 24:19 114:7
keeps 23:10
Ken 34:15
kept 9:3 112:4
Kew 4:23
kind 6:23 7:14 14:17 30:22 33:8 43:15 95:13
knee 8:5 12:17 14:14,18 36:11 36:12 37:13 41:15 45:7 48:21 48:22 59:24 60:10 61:9,11,12 67:6,16 68:17 69:4,5,10,12 84:20,25 85:6 103:11,12 105:17
knees 10:16 61:15
knew 74:17
Knife 55:15
know 5:16,16 8:7 11:5,12,12,13 12:11 13:24 14:2 15:21 18:24 19:9 23:6 25:21 28:21 29:21 44:19 50:11 51:16 53:2 55:9,14,18,23 56:4,5,12 57:17 58:10 59:6,10 65:11 67:9 69:22 69:22 70:9 73:21 78:21,22 83:16 83:17,19,21 92:14,23 94:7 96:2,6 103:12 108:16 109:22
known 16:9 71:16
knows 14:8 36:2 58:8 83:20

L

L 20:23 21:2 50:18 117:2
L-N 118:21
label 21:3,4 22:2,3
labor 82:17
Lake 1:9 2:6
language 30:14 46:18 50:25
lapse 114:10,11
larger 80:21
lasts 83:6
late 27:16 28:23,23 111:10
law 80:3 86:9,10,15
lawyer 6:9 89:24
lawyers 33:9,10 78:6,12 86:9 96:8
lawyers' 86:11
lay 61:18
layman's 77:2
lease 90:15
Leasing 17:11
leave 12:7 14:22 18:2,20 19:2 28:10 35:17 36:6 36:19 43:17 53:7 70:24 113:12
leaves 53:2
leaving 49:23
left 53:13 98:4
leg 60:4,11
legal 18:21
length 81:12 108:25
let's 16:25 23:2,25 24:2 25:3 26:21 45:3 46:24 47:11 47:17,20 48:14 50:11 52:13 58:22 59:24 60:9 61:19 63:14,23 76:14 109:3 111:7 112:21,24 113:16 114:4,12 114:21
letter 3:23 7:5 45:14 46:17

118:16
**level** 61:3,21
**license** 6:9 16:12,14 89:23 92:6
**licensed** 16:25
**lie** 22:20
**life** 15:22
**lifespan** 15:2,23 83:8,10,11,14,15 83:17,18,20,22 83:25 109:23
**lifetime** 81:6
**light** 57:15
**lightly** 7:22,23 8:10
**likes** 49:21
**limo** 38:3,25
**line** 34:7 46:19 52:15 119:4 121:5
**lines** 107:13
**list** 6:19 7:4 72:8
**listed** 99:5
**Listen** 36:22
**literature** 86:3 89:2 89:8
**little** 20:4 21:4 22:5 32:7 36:4 61:20 67:4 82:13,23 84:5 93:13 107:7 107:7,8
**LLP** 2:4,9
**locally** 39:13
**located** 8:14,16 17:19 31:13 42:25 96:9
**location** 91:4
**locations** 8:15
**log** 24:23 75:17
**long** 16:6 29:23 39:17 52:22 54:24 55:12,16 81:15 88:22,23 89:13 96:10 109:24,25,25 113:11
**longer** 19:7 54:20
**look** 20:5 44:11 63:3 66:5,7 71:3 82:3 96:20 104:20 106:10
**Looking** 72:17
**losing** 80:18
**loss** 93:12,17,18
**lot** 7:4 16:23 22:21 23:7 29:25 31:3 32:12 33:6,10,10 33:11 35:25 37:23 39:15,16 40:7 42:18,19 43:12,15 44:20 47:17 52:12 56:11,12,13 57:18,21 60:13 67:10 85:24 90:11,11 91:15 92:25 101:12,13 106:21 113:13
**lump** 71:22
**lunch** 33:3
**lunches** 32:18,22 33:20

**M**

**M** 20:23 36:9 117:2
**M-C-C-U-L-L-O-C-H** 34:16
**machine** 13:20 16:11 20:4,5,6,9 20:12 21:5,12 23:3 25:7 36:2 50:2,8,9,22 51:2 51:3,5,6,21 53:22 60:12,12 76:14 76:18 81:6,12 97:8,8,9,12 98:21 99:2 110:7,15,21 110:23 111:4,5,6 111:13,15,25 112:2,3,18 113:6 113:10,19,25 114:5,12
**machine's** 112:5
**machines** 15:21 16:2,3 22:8,9,10 22:12 25:11,20 42:4 60:20,21 84:24 89:3 100:12,15 109:22
**main** 32:9
**majority** 13:20,20 18:12 32:4,14 33:6 37:5,5,7 42:15 55:24 56:8 56:10 61:17 88:9
**manager** 112:6
**mandatory** 51:12
**Manhattan** 39:16
**manner** 81:19
**manufacturing** 8:24 12:25
**March** 102:2 104:15
**Marcus** 1:9 2:5
**Maria** 87:2
**mark** 19:6 20:17
**marked** 3:2,5,8,11 3:14,17,20,24 4:3 4:6,10 5:8 19:22 20:22,25 61:25 106:8
**market** 40:11
**marketing** 17:3 30:19,22,24 31:7 37:22 38:6 39:10 82:19
**marks** 110:17
**marriage** 120:18
**match** 108:22 109:4
**math** 76:5
**matter** 1:4,14 120:19
**maximum** 78:16 79:7
**McCulloch** 34:15
**mean** 11:23 15:5 16:17,20 19:12 23:11 24:17 25:4 25:7 35:17 39:21 40:6,15 44:5 45:19 49:14 54:14,17 57:10 57:19 58:20 61:17 63:15 64:19 72:18 75:14 76:2,19 79:15,16 83:11 83:22 85:9 93:13 96:24 98:16 106:12
**meaning** 8:19 21:11 29:8 48:20 57:15 111:23
**means** 27:22 73:22 79:22 98:19
**meant** 22:2
**mechanic** 88:17 106:22
**mechanical** 84:6
**Med** 40:6,9 41:3,4 42:2,16
**Medcom** 84:13,17
**Medicaid** 70:21 71:5 74:24 75:8 77:22,23,25 79:2 79:4 89:19,25 90:5,16 91:10 92:11,12,15
**medical** 3:24 7:15 7:17 45:15 46:17 87:10,24 106:2 118:16
**Medicare** 75:8 78:2 90:2 92:12,13,15
**MedSource** 12:4 13:18,19,21,23 103:6
**meet** 32:13 33:7 46:24 48:14
**meeting** 35:13,22 35:25
**meetings** 32:17 36:18
**mention** 34:24 98:18 116:5
**mentioned** 9:13 14:24 37:17 38:20 39:22 45:3 51:8,18 54:18 71:12 86:8 96:21 98:23 99:4 110:13
**mentioning** 59:18
**mess** 96:22 97:20

97:20
**method** 49:21
**Metropolitan** 17:21 26:10,11 91:2
**Middle** 17:24
**mileage** 30:4
**Millennium** 37:24 38:21
**million** 93:14 94:6 94:14
**mind** 109:8
**mine** 65:24 66:7
**minimum** 9:25 40:24
**minute** 12:6
**minutes** 38:20
**mis-supplying** 81:18
**misinform** 87:8
**missed** 113:6
**misspoke** 81:7
**mistake** 97:3 98:17 98:19,24,25
**mistaken** 37:15 65:25 67:5 70:19
**mistaking** 97:23
**misunderstanding** 84:11
**mix** 67:9
**mixed** 22:18
**model** 14:10 104:3 105:18,21 107:13 107:19,25 119:6
**models** 102:12
**modifier** 73:22,23
**moment** 21:23 24:6 31:2
**money** 80:15,18,20 91:22
**monies** 79:23
**month** 38:13,22 39:7,8 56:16 59:12 74:11,13 74:18,20 94:4
**monthly** 38:9,10,11
**months** 94:19,19
**morning** 4:25 56:25 111:10 112:25 113:4 114:6,6,7
**motion** 16:11
**move** 17:21 60:11 90:17,18,21 91:3 91:5
**moved** 17:22
**moving** 60:4
**muscles** 59:24 60:8

**N**

**N** 2:2 4:12 20:23 117:2,2 118:2 119:2
**name** 4:19,21 5:3 6:9 13:24 14:3 17:10 26:23 31:7 32:18 47:6 51:9 54:22 55:10,13 57:5 89:11 92:5 95:25 96:2,6 99:14 103:24 104:2,4 105:18
**names** 18:23 25:24 26:18,19,20 27:6 28:9 33:24 34:6 55:9 86:11 95:23 119:9
**NASSAU** 120:5
**nature** 105:2
**necessary** 112:12
**Necessity** 3:24 45:15 46:17 118:17
**neck** 8:4,5
**need** 9:22 25:24 33:21,22 36:7 42:4 47:9 49:2 50:12 51:5 57:23 72:15 98:14
**needed** 57:20
**needs** 41:6,7 58:8 74:20
**networking** 32:7 33:9 38:16
**never** 49:11 79:17 79:21 112:7,8
**new** 1:9,17 2:6,11 4:15,23 8:17,17 11:7 12:3,12
17:24 29:24 36:23,25 37:4,8 37:10,12,13,23 38:21 65:7 78:25 83:16 90:20,21 91:4 100:19 109:14,19 112:3 112:5,15 117:3 120:3,7
**newer** 16:3
**news** 38:2
**newspapers** 37:20
**NF3** 71:16
**night** 112:25 113:3
**nine** 26:5,17 29:11 56:25 94:19 114:6
**No-Fault** 40:21,25 41:2 92:19
**nods** 5:11
**Notary** 1:17 4:14 117:22 120:7 121:25
**note** 25:2 111:24
**noted** 116:14
**notes** 112:7,11 120:15
**noticed** 5:9
**number** 9:19,22 11:2,19 12:14 21:8,9,10,13,16 21:17 24:23 25:5 25:8,8,11 50:24 51:7 70:2 71:20 73:9 74:13 76:6 78:5 98:20,24 99:5 107:14,15 107:19,19,20,25 112:5
**numbers** 10:17 11:3 23:5 24:18,21,22 25:6 26:2,3 49:3 73:15 74:22 75:5 75:10,12,15,17 78:7 94:19 102:16 107:23
**numerical** 115:4

**O**

**O** 4:12 106:4,8 107:10 117:2 118:22
**o'clock** 29:10,11
**O-P-T-I-F-L-E-X** 14:16
**oath** 1:13 5:6,17 117:9
**object** 92:21
**objectionable** 6:25
**obviously** 113:2
**off-the-record** 98:8 115:14
**office** 8:20,22 9:2,6 18:15 33:6 36:16 36:17 41:24 57:11,13,15 58:6 58:15 71:13 73:6 73:7 75:4 90:20 90:21 110:25
**offices** 26:9 32:24 33:5 90:17,18 115:16,25
**Oh** 10:4 46:7 94:18
**okay** 6:8 18:7 23:13 43:10,16 46:7,24 50:9 63:25 69:22 73:7 100:6 115:10
**old** 11:12,18 109:16 109:17 111:4
**older** 11:10
**on-line** 13:9,11
**one-sixth** 78:17 79:8 80:10
**ones** 13:4 58:19 73:8
**open** 6:9 58:8 89:22 89:24 90:22
**opened** 6:5 10:5 90:23,24
**operate** 16:12
**operated** 93:16
**operating** 10:10 18:9
**operation** 8:22 93:11

**operational** 106:18
**Optiflex** 14:14 105:16
**Optimum** 64:9,10 64:11,15,18
**order** 115:4
**originally** 90:24
**orthopedic** 32:15,24 33:22 36:3
**outcome** 120:19
**overall** 81:11
**overdue** 86:20
**owned** 22:12
**Ozone** 8:16 19:24 19:25 90:24

**P**

**P** 2:2,2 4:12
**P-U-R-D-Y** 86:14
**p.m** 56:24 116:14
**pads** 87:3
**page** 46:15,16 68:14 106:13,14 106:15 118:3,8 119:4 121:5
**paid** 28:14 29:13 38:8 76:7 77:9 82:14 92:5 115:21
**paper** 25:17,18,21 50:15 51:13 98:18,19 110:18
**papers** 27:18
**paperwork** 97:21
**paragraph** 79:13
**Park** 8:17 19:24,25 90:25
**part** 45:6 96:3,4
**part-time** 28:16,18 28:20,22,25
**particular** 16:3 25:12 35:2 49:5 63:21 72:8 75:19 75:20 77:7,8 80:22 81:9 86:15 93:10
**parties** 42:21 92:2 120:17
**partner** 18:11,18,19 18:21 19:5 74:6 91:13
**partners** 18:7,8,20 91:12
**parts** 67:25 107:7
**pass** 91:24
**patient** 15:9 21:12 25:19 29:10 36:24 41:25 42:3 42:5,25 43:3,3 45:11 47:19 49:16,19,24 50:7 50:11 51:21 52:7 52:10,13,18,21 52:24 53:9 54:3,5 56:13 57:7 60:14 60:21 61:7,15 62:7,22 72:22,24 72:25 73:3 75:20 76:11,12,22 77:8 77:8,18 81:4,9 96:25 97:2 106:16 108:25 110:5,7 111:14 111:21,22 112:15 113:5,18 114:4
**patient's** 27:9 62:4 111:11
**patients** 23:23 26:25,25 27:3,10 29:9,24 40:8,13 41:10 42:8 55:20 92:15 96:13,16 97:16 99:3 108:5 108:7
**pay** 38:10,13,14 39:5 94:25 95:9 95:10,16,18,19 100:10
**paying** 38:22 77:9 80:8 82:5 91:22
**payroll** 95:11
**Pennsylvania** 29:23
**people** 26:5 29:12 30:18 31:4,25 32:25 33:7 44:7 44:19 54:20 55:7 55:17 59:11 61:3 69:23,23 84:7,9
**percent** 11:21,21 37:7,13 40:24 56:9 87:22,25 97:23
**percentage** 11:20 23:11 37:3 42:7 87:18 88:7 89:19 92:19
**percentages** 42:13 42:16
**perfect** 10:15 23:7
**performed** 55:20
**period** 51:18 81:15 97:15,17 112:18 114:25
**person** 13:16 26:22 26:22 53:11,12 58:8 60:3 89:10 89:23 96:25
**personally** 38:4 78:22
**Peter** 95:25,25
**phone** 21:8,9,10 40:4 42:10,20 51:7 58:4 110:22
**phonetic** 14:2 34:19 34:21 55:11,15
**phoning** 42:11
**photographs** 20:15 20:22 37:25 118:21
**physical** 25:15,16
**physically** 53:5
**Physician** 31:10,12
**Physicians** 38:18 39:4
**pick** 25:20 61:24 62:9,24 63:4,15 113:18
**picked** 25:5,21 62:18 63:10
**pickup** 29:19,22 50:13,24 62:21 63:9,14
**piece** 52:16 63:18 82:5,9 83:14
**Pinkhasov** 1:15 4:21 4:25 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1,10 116:1 117:7,17 118:4 120:9 121:3,21
**place** 1:15 56:3 72:18 73:10 90:13,24 120:10
**plan** 55:6
**planned** 90:20

**Plaza** 2:10
**please** 4:19 5:10,21 51:6 66:23 74:14
**plus** 30:25 110:10
**podiatrist** 89:15,16
**podiatry** 89:10
**point** 70:10
**pointing** 46:13,14 46:21 47:4
**portion** 47:4
**positions** 26:16
**possibly** 79:25 80:3
**post** 6:18
**Post-It** 65:24 66:7
**practice** 17:4
**prefer** 30:18 48:16 87:14,15,16,17
**prepared** 108:3
**preprinted** 46:6,18
**prescribed** 57:22 107:14 108:14
**prescribes** 89:16
**prescription** 3:23 41:17 42:22 45:14 46:16 56:2 56:19,20 57:24 108:22 118:16
**prescriptions** 41:21 41:23 42:7,14 43:8 55:18
**presence** 54:2 62:5
**present** 62:19 63:9
**preset** 61:15
**president** 6:2 17:17
**pressure** 16:11
**pretty** 11:7 12:21 18:15 24:21 27:8 27:11 34:22,23 43:19 53:21,25 61:13 63:4 64:23 102:11 109:10
**previous** 11:22,23 11:24 44:7,19 54:13,16 74:6
**price** 12:12 67:13 67:20 75:25 77:17 79:11,22 79:24 80:10,23 82:13 85:9 100:5 102:17 103:13,15 104:7 105:4 109:15,18,20
**prices** 29:17 64:25 69:14,19,24 70:15,16 74:23 75:24 76:7 85:20 85:24 86:8 104:11
**pricing** 68:2,18
**primarily** 39:9
**prior** 16:15
**Pro** 6:9 89:23 92:6 92:6
**probably** 74:13 78:2 91:17 101:4
**problem** 82:15
**procedure** 15:25 44:23 52:17
**process** 27:17 39:19,21 58:11 89:25 90:6,9,11 91:15,16,24,25 108:4 116:6
**produced** 101:19
**products** 9:5 12:22
**professional** 87:24 88:4,21
**profit** 77:3,4,5 79:23 82:11,12 82:24 93:14
**profits** 19:18
**program** 25:14
**progress** 110:21
**progressing** 50:9
**prohibits** 77:16
**proprietor** 8:18
**provide** 6:21 11:3 14:4,20 29:2 33:14 35:9,16 49:24 53:8 64:6 68:22 96:25 100:22
**provided** 97:7 101:2
**providers** 54:19,23
**Public** 1:17 4:14 117:22 120:7 121:25
**published** 64:20
**pulling** 79:19
**purchase** 7:12 12:3 12:11 13:12 74:21,22 75:25 77:10,17 79:10 79:22,24 80:10 84:25 85:10 100:4,5
**purchased** 11:11,18 12:3,22 85:5,5,15 101:21 119:5
**purchases** 11:15 103:8
**Purdy** 86:13
**pure** 82:24
**purpose** 22:24,25 92:12
**purposes** 95:15
**pursuant** 8:12
**put** 15:8 16:2,3,25 25:4 32:6 38:24 39:2 41:14,14 47:22 48:20,22 48:25 49:3 59:23 59:24 60:6,7,9 67:8 88:18 108:8 110:17 112:11
**putting** 27:18,18

**Q**

**quarterly** 94:25 95:3 95:10,16
**Queens** 8:17 17:23 17:24 117:5
**question** 5:12,21 6:6 31:6 48:7 50:22 62:21 72:14 88:12,14 97:4 98:9 102:8 104:13 109:11
**questionnaire** 4:6 53:16 54:7,10 118:19
**questions** 5:5 24:10 51:4 54:9 67:23 78:8 108:7
**quick** 36:8 109:8
**quite** 74:2
**quoting** 78:23

**R**

**R** 2:2 4:12,12 120:2 121:2,2
**RADLER** 2:9
**range** 50:5 71:16 93:14 94:6 104:9 105:4
**ranges** 48:13
**Ravner** 14:2
**re-call** 110:12
**re-explain** 53:13
**read** 21:6 23:3 79:20 88:25 112:7,8 117:8
**realize** 20:6
**really** 9:18 22:17 29:8 31:4 32:7,9 50:9 56:12,16 60:10,13,18 61:5 72:15 79:13,14 79:19
**reason** 18:5,13 22:13 68:13 75:2 75:6 87:24 88:23 89:21,22 91:2,3 91:20 92:10 100:24 102:13 121:5
**recalling** 27:25
**recalls** 12:8
**receipt** 4:9 61:25 62:14,15,17,21 63:9,13 101:5,18 102:7 118:20
**receipts** 63:8 93:4 101:7,10,23,25
**receive** 56:2,18
**received** 55:19 101:25,25 102:4
**Recess** 48:5 98:6 109:9
**recheck** 68:13 87:6 93:25
**recognize** 20:6

**recollection** 65:21
**reconcile** 68:2
**record** 4:20 16:9 20:13,20 21:7 23:21 30:9,11 46:12,14 47:3 50:25 79:20 81:18 100:25 101:24 109:12 112:4 117:11,14
**records** 11:14 111:12 113:20
**recoup** 80:23
**recouped** 82:8
**Recovery** 1:6,14 5:25 21:8 121:3
**reduce** 7:9
**refer** 20:18 63:22 68:6
**reference** 46:22
**referral** 39:20,25
**referrals** 35:7
**referred** 103:7
**referring** 47:5 48:9 50:18 79:14
**refers** 46:15
**reflect** 20:13 46:12 46:14 47:3 52:2 113:9
**reflected** 112:20
**Reflective** 102:19
**refresh** 65:21
**refurbish** 106:19
**regard** 19:12
**regardless** 81:12 84:3 102:16
**region** 65:2,14
**regular** 43:19 116:9 116:11
**regulation** 50:10 58:21 77:16 78:16
**regulations** 81:10
**reimburse** 30:4,5
**reimbursement** 78:17 79:8
**relate** 71:21
**related** 40:20 120:16
**relation** 86:4 104:16
**release** 45:9,12 51:12
**Relief** 103:24 105:15
**remember** 6:12,15 6:16 34:7 50:4 57:4 75:14 77:11 77:25 85:17 93:21 110:12
**remuneration** 115:18
**rent** 22:9,10,11 76:15,16 80:21 82:6
**rental** 39:20 63:6 67:12 71:17,23 71:24 72:3 75:24 76:11,15,20,21 77:4,8,9 79:10,21 80:9,17,23,24 81:13,15 82:22 82:23,24 96:12 106:2,7 108:4 109:3 112:15 114:25 118:22
**rentals** 7:18 78:17 82:8,14 87:11,19 101:3
**rented** 24:14 25:2 25:11 65:2 71:19 72:9 75:19 80:14 88:8
**renter** 80:7
**renting** 55:6 77:17 80:5 81:2 101:22 105:19 110:3
**repair** 15:12 51:5 56:15,15 59:14 83:4 84:8,9 106:20,25
**repeat** 9:12 22:14 52:25 108:17 114:3
**rephrase** 19:14 97:10
**replace** 83:2 110:6 112:3
**replaced** 111:3
**replacement** 82:18
**reporter** 1:16 46:13 120:6
**reporter's** 5:14
**represent** 5:3
**representing** 20:15
**request** 6:18 7:5 8:12 11:4
**requested** 7:6
**requesting** 7:10 115:21
**requirement** 30:16
**research** 13:12 64:19,20
**reserves** 116:6
**reside** 4:22
**respect** 12:2 48:13 52:17 86:16 87:4 87:19 101:2
**respective** 115:16
**responses** 5:10
**rest** 27:17 28:4,6 40:25 41:2
**retailer** 13:2,3 79:24
**retailers** 13:5 85:2
**return** 51:6,21 95:17
**returned** 98:5 113:25
**returns** 52:7
**revenue** 92:23
**right** 12:5 14:13 16:21 19:9 21:23 22:19 23:3,18 26:3 27:25 31:17 31:19,20 35:18 42:9 44:21 48:12 49:22,24 50:15 50:19,21 51:10 53:18,23 62:6 66:15,17,21 68:13 70:14 74:17 75:13 78:10 81:25 89:14 91:17,21 92:4 93:22 97:22 99:21 101:14,17 103:14 105:6 108:12,12 110:6 113:7 114:9
**rights** 116:6
**RIVKIN** 2:9
**road** 22:21
**room** 9:2 32:6 98:4
**rooms** 22:5
**rotator** 59:14
**roughly** 82:8
**RR** 73:22,23
**rules** 49:11 57:7
**running** 17:14
**Russell** 2:4,7 35:23 87:2
**RXR** 2:10

**S**

**S** 2:2 4:12 95:8,9,14 95:16 118:7 121:2
**sake** 5:14
**salary** 28:14 29:14
**salesperson** 13:10 13:15,25
**sample** 35:19 43:23 71:2 102:20
**samples** 35:10 43:25
**saw** 55:7
**saying** 47:25 70:16 79:21 80:8 81:8 85:4 86:7 89:8 92:4 101:24 102:15 114:5
**says** 21:5,7 45:14 46:19 50:15,19 50:21 51:4 58:4 63:3 64:7 65:11 65:14 67:15 68:21 69:5 78:11 78:16 83:21 89:5 89:14 99:23 105:25 106:15 108:20 109:3 110:22 113:22
**scale** 80:22

**scan** 75:21
**schedule** 26:25 29:6 29:8 50:13,13 64:2 70:8,19,21 71:6,8 74:25 75:8 77:15,22,24 78:2 78:15 79:2,3 111:2,11
**scheduled** 64:21 71:10 114:5
**scheduling** 26:22,23 111:2
**Schmoe** 59:6
**script** 57:18,19 108:21,21 113:17 113:22
**scripts** 26:24 41:16 41:18 43:4,19 48:16 55:21 57:2
**second** 36:8 48:3 60:6 74:19 79:12 93:13 96:25 97:25 103:18 109:8
**see** 35:14 37:2 38:4 43:22 44:21 65:23 66:5,9,14 67:3 68:23 72:7 91:15 99:20 101:6 104:8 105:15 112:10 113:13,16,21
**seeing** 77:25
**seek** 85:19
**seen** 77:19
**sees** 14:7
**sell** 22:8
**send** 25:4 27:19 40:14 49:12 55:24 57:7,16 58:18,18 98:19 98:24 99:7 106:23,24 110:5
**sense** 79:15 80:2 80:13 88:19
**sent** 27:15 96:15 97:2 102:6,6
**separate** 6:19 17:4 21:19,21 22:17 23:4 26:8 95:10
**separated** 21:24 22:6,16 26:8
**separating** 96:22
**September** 1:10 117:10 120:21 121:4
**sequence** 113:15 115:3
**serial** 24:21,21,23 25:5,8,10 75:12 75:14,17 98:20 98:24 99:5 107:14,15,19,20 107:23 112:5
**service** 15:12 16:2,3 38:3,3 39:2 41:7 49:21,25 53:8 72:18 73:10 74:8 74:10,13 107:3
**services** 31:9,11,12 72:13 86:16
**set** 29:11 120:20
**seven** 26:4 58:24 86:2 114:19
**Seventy** 68:15
**share** 19:18
**shareholder** 95:20
**sheet** 6:19 14:9
**shelf** 15:22
**shop** 85:13
**short** 61:19
**Shorthand** 1:16 120:6
**shoulder** 12:13 13:20 14:20 41:14 45:6 47:20 56:14,15 61:3,9 61:10 63:24,25 65:12,13 67:7,10 69:2,7 76:7 84:22 85:8 86:2 100:7,8 100:17,18 101:3 119:6
**shoulders** 10:15 37:12 48:21,22 61:18 101:20
**show** 20:25 35:16 36:5 37:2 43:12 43:16 45:13 46:13 53:19,23 54:20 61:2 64:24 66:3 67:22 68:2 74:8 105:25 106:16 115:7
**showing** 62:17 101:14
**shown** 62:13
**sign** 51:13 54:6 110:10,18,18
**signature** 108:9
**signed** 62:22 91:6 108:25
**signs** 38:24 54:5 62:7
**similar** 60:2 80:5 89:18 104:25 105:3,9 106:15
**Simple** 33:21
**simultaneously** 96:13
**single** 20:3 45:10 49:23 51:3 52:20 53:3 57:22
**sir** 5:2 50:20
**sit** 61:18 115:22
**sitting** 18:14 24:3
**situation** 60:16 113:25
**six** 26:4 28:3 45:25 46:20 47:12 48:24 49:7,10,12 49:15 51:23,24 52:7 58:23 76:4 87:11,13,17,18 87:25 89:9
**Sixty** 87:20,21,22
**skip** 34:2 113:15
**skipped** 114:17
**skipping** 114:8
**slow** 60:14,15
**small** 11:19
**sold** 42:3
**sole** 8:18 95:20
**solution** 78:9
**somebody** 36:2 41:6 49:23 78:9,10
**sorry** 86:18 92:6 103:20
**sort** 16:13 33:14 36:15 64:25
**source** 35:7 39:25 70:17
**space** 14:22 90:19 111:24
**spaces** 28:10
**Spanish** 30:15,18
**speak** 30:13 46:25 60:18
**speaking** 112:7,10
**special** 90:13,13
**specialize** 7:19,21
**specialized** 9:14
**specific** 32:4 58:14 72:16 78:24
**specify** 75:18
**spell** 14:3 18:25
**spelled** 14:15
**spelling** 14:5,7 119:8
**spend** 27:10 52:23 53:2
**splints** 8:6
**spoke** 20:20
**square** 90:14 91:3,5
**ss** 117:4 120:4
**staff** 111:2
**staffed** 26:14
**stamp** 51:2
**stamps** 47:2
**stands** 16:10
**start** 6:8,10 8:2 26:21 29:9 55:3 60:3,14,15 63:12 91:12,18,18 95:2
**started** 7:24 10:23 11:17,20 16:18 17:4,5 28:22 59:18 95:3
**starting** 7:22,23 16:16
**state** 1:17 4:14,19 65:4,5,7,8,9

117:3 120:3,7
**states** 65:6,10
**statute** 78:24
**stays** 60:10
**stenographic** 120:15
**stenographically** 120:13
**step** 98:2
**Stephanie** 27:5,13 27:14 112:6
**stickers** 37:24 39:2
**stock** 14:11 19:21
**stop** 15:6 18:9 31:5 46:11
**story** 114:13,14,15
**straight** 39:8 75:22
**Street** 4:23 34:13
**Strike** 62:15
**stuff** 6:23 9:4 27:16 27:18,19 33:21 40:15 41:15 43:15 44:9,9 54:12 60:5 67:10 89:4,6 90:12 110:10
**subject** 5:7 115:20 116:7
**submitted** 5:6 8:7 104:15
**Subscribed** 117:20 121:22
**subsequently** 98:5
**substance** 86:7
**Success** 1:9 2:6
**suggested** 89:2
**Suite** 2:5
**sum** 71:22
**supplier** 79:17
**supposed** 15:7,8,8,9 32:2 49:17 50:4 55:3 77:23 111:3
**sure** 11:16 12:13 24:24 27:7 31:24 34:2 42:9 44:12 62:3 63:2 69:25 72:5 74:2 79:13 79:19 83:18 86:12 87:5

106:17,21 107:4
**surgeons** 32:16,24 33:22 36:4
**surgeries** 55:19
**surgery** 35:3,3 41:13 56:2,6,19 56:21,24 57:25 58:3 59:8,9
**surgical** 33:11
**swelling** 41:15 60:4
**swollen** 41:15
**sworn** 4:13 117:20 120:11 121:22
**system** 10:14 21:21 21:21 22:15 23:7 24:19 27:4 75:21 103:24 105:15 110:9 115:8

**T**

**T** 4:12 117:2 118:7 120:2,2 121:2,2
**Tab** 71:4
**tabbed** 67:25 71:3
**tag** 20:4,10,11
**take** 15:12 16:2 26:19 32:17,21 33:2 44:11 48:2 52:22 66:5 71:3 106:10 109:8 111:4 112:25 113:11 114:22
**taken** 1:16 48:5 79:16 98:6 109:9 117:9 120:13 121:4
**takes** 56:3
**talk** 56:22
**talked** 75:16
**talking** 5:13 20:19 31:17,18 38:19 46:8 56:23 58:2 74:24 81:2,3,5 93:21 95:5
**tall** 61:4
**taller** 61:20
**tax** 94:3 95:9
**taxes** 94:11,25 95:4

95:10,17,18
**technician** 52:20 53:23
**technicians** 27:8 30:12
**techs** 27:21,22,23 29:4,5,13 35:25 61:6,24 108:2,2
**telephone** 82:20
**tell** 9:18 12:5,6 14:13 22:19 26:3 33:24 36:10,20 44:13 56:11 58:22 70:14,24 85:7 86:10 94:13 94:18 97:22 99:14 100:5 105:10 106:6,10
**telling** 42:24 81:21 102:5
**template** 45:20,22
**templates** 44:3
**ten** 11:21,21 50:6 52:14,14 100:13 100:14 101:5,11 101:21,22 113:17 114:6,20
**terms** 38:7 77:2
**testified** 4:15
**testifying** 20:16
**testimony** 84:12 117:9 120:9,12 120:13
**text** 23:3
**thank** 5:23 35:23 50:20 115:10,12 115:13,25
**theory** 76:13
**therapy** 16:7,10 41:11,13 59:2,3,4 59:19 75:3 85:17 103:21,22,25 105:12
**thing** 5:20 32:9 36:14 41:14 45:2 52:21 59:3 60:2,6 64:4 78:13 99:23 104:20,21 105:9

116:4
**things** 20:16 45:4 47:14 54:12 67:8 84:8,9
**think** 6:13,15 8:9 9:22 12:4,13,17 13:3,19 24:18 28:23 31:14 34:11,20 35:17 37:16,23 38:14 41:6 48:6 55:22 56:4 60:25 65:19 66:18 67:4,9,18 68:5,12 70:7,18 70:18,20 71:8 74:15 75:16 81:10 85:16,18 85:21,24 87:5,6 88:15 89:11,12 89:13 93:16,25 98:9 100:13
**third** 92:2
**third-party** 40:10
**Thirty** 24:16
**thought** 99:4
**thousand** 39:6
**three** 10:6 26:4 27:20,23 38:3 47:11 48:24 50:5 50:6 85:16 87:14 109:16 110:20 113:2 114:13,16
**three-quarters** 94:15
**throw** 15:13,14,15 18:21 33:9,10,11 33:12
**time** 1:15 10:8 16:6 16:8 18:6 25:12 27:11 32:13,23 33:13 36:21 38:5 39:18 41:12 42:10,19 45:11 48:17,23 50:14 52:12,23 54:24 55:12,16 57:13 59:2 68:16 72:15 74:20 89:13 90:23 91:21

96:18,19 97:14 97:16 98:3,22 107:2 109:2 112:10,11,19 113:5,6,12 114:10,11 115:11 116:14 120:10
**timeframe** 15:18 16:4 47:10 63:7 67:11
**timeframes** 66:11
**times** 33:7 35:25 39:16 40:7 47:17 56:18 57:6,18 60:13 76:16
**tires** 88:18,19
**today** 5:5,8 7:10 8:12 10:5 23:6 92:22 111:8 115:11,18,20,25 116:3
**today's** 5:7,9 116:7
**tolls** 30:5
**tomorrow** 113:4,4
**tonight** 114:4
**top** 41:9 45:14 46:16 78:11 99:20 106:3
**total** 76:19 100:16 104:8
**track** 24:19
**transcript** 14:7 117:8,10
**transcription** 120:14
**travel** 39:14,15
**Triple** 19:16 22:5,12 23:10,16 24:8,15 26:7,9,15 54:17 91:9,19 92:14,22 97:13
**true** 80:19 117:11 117:14 120:14
**truth** 36:24
**try** 21:21 25:8 31:3 32:19,23 33:12 36:3,20 60:23 75:21 106:19 111:8
**trying** 44:16 82:21
**twice** 51:19
**two** 6:13 24:10 26:4 38:3 46:2,23 49:8 50:3,4 52:10,11 52:13 56:9 67:22 82:8,14 85:14 88:5,8,11 96:12 96:16 97:16 110:20 112:25
**two-day** 80:24
**two-week** 71:23,24
**typed** 45:25 46:19 48:9
**types** 23:15 46:4
**typically** 15:18 34:4

U

**U** 4:12
**Uh-huh** 61:13
**understand** 5:21 9:9 20:19 52:24 53:9 53:22 60:19 72:14 76:8,24 84:10 98:11 110:14 114:9
**understanding** 48:7 58:9 59:22,23 64:17 98:15
**understood** 5:18 49:25 51:13 98:10
**unfortunately** 7:3
**Uniondale** 2:11
**unit** 14:17,18 15:6 36:11,12,15,19 36:23,25 49:19 59:19 69:21 72:8 74:9 75:3,19,25 77:10 84:22,25 85:6,8 96:12,17 100:4 103:19,21 103:22 104:7 105:12 106:17 107:7,8 108:4 109:14,14,19,23 119:6
**units** 9:16,17 10:13 12:2,12 16:8 22:17 29:10 58:25 59:17 85:18 87:11,19 88:3,5,7 89:16 101:5,11 102:12 103:17 104:17,19 104:23 105:8 106:19 119:5
**upstate** 29:23
**USA** 103:6
**usage** 47:8,16 89:2 104:5,6
**use** 5:11 10:10 15:16,22 21:12 21:13 27:6 30:2 36:2,3,24 37:22 43:6 47:11,12,18 50:12 51:14 52:10,13,24 53:6 53:10,22 54:21 60:14 86:15,19 86:22 102:6 111:13 113:8,10 114:12
**uses** 105:22
**usual** 64:24
**usually** 13:15 25:4 41:9 47:8 48:16 48:23 113:3

V

**V** 4:12
**vacation** 53:12
**vacuum** 79:16 82:21
**vehicles** 30:2
**vendors** 11:22
**verbal** 5:10
**versus** 37:4 40:21 109:14
**Village** 17:24

W

**W** 117:2
**W-2s** 28:15
**Wait** 5:12 14:13
**waive** 115:20
**walk** 18:9
**want** 18:20 20:5 21:6,12 24:17 26:18 35:13 37:2 41:12 43:14 45:3 47:14,18 48:19 50:16 51:6 59:7 59:13 63:22 66:20 68:12 70:6 70:7,9,11,13,20 71:7 72:4,5 75:3 75:4 85:22 87:8 88:12 91:14,20 93:15 97:25 99:9
**wants** 41:8
**warehouse** 9:3 19:22 23:10,17 23:22,23 24:3,3 24:11,12 110:4
**wasn't** 92:25
**way** 10:4,5 16:25 20:17 44:21 46:21 47:7 49:18 53:23 57:3,16 75:18 81:22,25 82:3 98:10 114:8 120:18
**ways** 48:15
**We'll** 63:23
**we're** 96:22
**websites** 30:23
**week** 27:2 28:24 50:5
**weeks** 43:5 45:25 46:2,20,23 47:12 47:12,13 48:24 48:24 49:7,8,9,10 49:10,13 50:3,4,5 50:6 51:23,24 52:7,8 76:4 87:12 87:13,15,15,16 87:17,18,25 88:5 88:8,11 89:9 110:20
**Weissman** 87:2
**went** 19:8 38:14 55:8 67:4,19,21 67:21

**WHEREOF** 120:20
**white** 20:15,21 118:21
**wholesalers** 13:6,7
**wish** 55:14
**withholding** 95:11
**witness** 4:12 13:7 35:23 77:5 84:4 98:3 115:12 118:3 120:11,20
**women** 71:13
**words** 9:13 30:13 39:22 44:24 52:6 71:20 76:3,9 77:7 96:15
**work** 16:22 18:8,12 26:6,7 31:4 32:12 33:25 38:6 50:2,2 50:2 55:2 57:11 58:11 104:22 113:19
**worked** 32:15 115:17 116:2
**Workers'** 40:13,18 40:21,24 78:25
**working** 15:6 31:5 50:10 55:3 57:4 57:13 58:23 109:24,25 110:16 110:23
**works** 57:12,16
**world** 36:5 40:13,19
**worry** 41:10
**wouldn't** 11:12,12 12:14 14:12,19 15:24 28:22 42:9 42:11 72:20 73:24 79:14,23 88:19 95:10,16 95:18 111:7
**Wright** 57:5,5,6
**write** 47:15 107:20 108:16,19 111:21
**writing** 7:9 21:11
**written** 45:20,24 50:25 108:10
**wrong** 48:8 53:4 55:16 70:7,22 78:3,13 81:24,24 89:12
**wrote** 89:10

X

**x** 1:3,7 118:2,7 119:2

Y

**yeah** 77:19 99:7,25 104:6 111:6
**year** 8:2 64:4,12 66:15 67:11 69:17 74:9 75:7 93:9 94:14,16
**years** 6:13 93:10,12 109:16,16
**York** 1:9,17 2:6,11 4:15,24 8:17,17 17:24 29:24 65:7 78:25 117:3 120:3,7

Z

**zip** 8:17

0

**0936** 69:13

1

**1,000** 38:14
**1,128** 103:16
**1,300** 12:18 85:7
**1,400** 12:18
**10** 119:5
**10,000** 80:7,9,13 80:14
**10:20** 1:11
**100** 24:12 56:10
**101st** 8:16
**106** 118:22
**11042** 2:6
**11415** 4:24
**11416** 8:17
**11556** 2:11
**118th** 4:23
**12** 29:10 72:18 73:9 114:7 119:5
**12:45** 116:14
**120** 104:10
**13** 12:18 100:25 102:2 119:9
**130** 104:9 105:8
**14** 104:15 119:6
**140** 104:10
**15** 29:19
**174** 74:16,17
**174.45** 71:4 74:7
**179** 70:4
**18** 119:7
**180** 105:7
**19** 119:8

2

**2,100** 85:2
**2,400** 85:2
**20** 29:19 118:21
**200** 9:25 10:9,9 105:7
**2000** 11:8
**2010** 11:8
**2012** 6:14 11:8 67:21 93:16,20 93:24
**2013** 66:24,25 67:11,12 68:4,16 92:24 93:19 94:2 94:5,8,9 101:2 102:2 104:15
**2014** 1:10 67:2,4 67:12,18 68:10 68:16 74:8 94:10 94:11 117:10,21 120:21 121:4,23
**23** 119:6
**24** 32:17 41:19 50:13 53:7 111:3
**26** 84:18
**28** 119:9
**2E1** 2:5

3

**3** 105:16 118:9,10 118:11,12,13,14 118:15,16
**3,000** 38:13 76:4 76:16
**3,700** 82:7
**3,995** 100:11,15
**30** 24:7 40:24 84:18
**3000** 1:9 2:5
**35** 29:18,19
**38** 114:22
**39** 114:23
**39,949.95** 100:16

4

**4** 118:4,18,19,20 119:7,8
**4,000** 12:13,15,19 38:15,22 76:15 82:5 85:12
**4/7/14** 109:3
**40** 24:7,7,16 28:24 84:22
**400** 10:6
**42** 76:4 82:6 108:11,18 113:8 113:17 114:21
**45** 29:18
**48** 41:19

5

**5** 1:10 117:10 121:4
**5/29/14** 109:4
**50** 24:16 37:6 80:6
**5100-1016** 2:12
**577-2884** 21:14

6

**60** 24:9 37:6,13 68:4 87:25
**600,000** 94:17,21 94:22
**696** 76:5

7

**70** 37:7 67:18 68:12
**718** 21:14
**72** 17:20 26:9
**72-0** 17:25

8

**8,000** 86:2
**80** 10:16,16 37:7
**800** 93:14 94:6
**83-30** 4:23
**85** 65:18,19,25 67:12 69:16
**88** 65:17 67:13 69:16 76:3 82:7
**88-11** 8:16

**9**

**90** 10:16,16
**926** 2:10
**9th** 120:21